AO 442 (Rev. 01/09) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

2011 NOV 21 AM 9:40

2011 NOV 17 A 10:00

SEALED UNTIL ARREST

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Oscar Gonzalez a/k/a Puppet | ) | Case No. 2:10CR109 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Oscar Gonzalez a/k/a Puppet                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  18:1962(d) CONSPIRACY TO PARTICIPATE IN RACKETEERING ACTIVITY
  21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE NARCOTICS AND MARIJUANA
  FORFEITURE

Date: 11/16/2011

*Issuing officer's signature*

City and state:   Hammond, Indiana

Stephen R. Ludwig, Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 17 Nov 2011, and the person was arrested on *(date)* 18 Nov 2011
at *(city and state)*  FBI

Date: 18 Nov 2011

Ed Payne
*Arresting officer's signature*

Ed Payne
*Printed name and title*