

**CD ONE PRICE CLEANERS**

ONE DAY. ONE PRICE. CLEAN.

December 27, 2012

Dear Honorable Rudy Lozano,

I'm writing you to ask you to show leniency when sentencing Oscar Gonzalez. I am a former employer and have had the opportunity to work closely with Mr. Gonzalez. Mr. Gonzalez was a hard working, respectful and showed desire to perform at a high level.

I have also witnessed Oscar's talents as a barber and he was actively looking to make this a career during the time he was employed with me.

Thank you for taking the time to read my letter and I hope you take some of this information into consideration when sentencing Mr. Gonzalez.

Sincerely,

Anthony Velez

Owner

7948 Calumet Avenue, Munster Indiana 46321, Telephone (219) 513-0853
CDONEPRICECLEANERS.COM