Mrs. Daniela Reyes
4716 Oakhollow Drive
Sacramento, CA 95842
Tel:916-498-4251

May 11, 2013

The Presiding Judge
Federal District Court

The Honorable Judge Rudy Lozano:

I provide this reference in full knowledge of Mr. Oscar Gonzalez charges of conspiracy to participate in racketeering activity and conspiracy to possess with intent to distribute cocaine and marijuana.

I have known Mr. Gonzalez for the past 7 years, my older sister is his partner and mother of his child. Oscar has always tried to help others and has been there when he is most needed. Since my parents separated, it was hard being without the dad I had my entire life. Oscar was there to take me to school early in the mornings and pick me and my little sister up from school. He never wanted us to miss a day and stressed the importance of education. He is always looking out for others, I remember the winter of 2011, it snowed four feet and he was there to shovel all of the snow. He is an extremely hard and dedicated worker, he has amazing talent as a barber. I remember him working long hours, he would come to my house so tired, with aching feet from standing all day, my sister would help to pluck out the tiny hair fragments that would dig under his fingernails. He has true love and dedication as a barber, he would even cut hair on his days off and wouldn't charge those who did not have the means to pay.

Growing up in some neighborhoods is tough, where there isn't much good influence. But I can say he has definitely grown and matured into a responsible, caring and loving man. He has learned from his past, which in turn inspires many, providing advice and steering others in the right direction.

These are incidents in which Mr. Gonzalez will take full responsibility for and move on from, but I would like to ask you, your honor, to shorten his sentence, as you know, his family and most importantly, his children need him. Thank you for your time and consideration.

Sincerely,

Daniela Reyes