Alejandro Quinones
4609 Cameron St.
Hammond IN, 46320
(219)939-5331

The Presiding Judge
Federal District Court

May 12, 2013

The Honorable Judge Rudy Lozano:

I provide this letter on behalf of my lifelong friend Oscar Gonzalez and understand that he is being charged of conspiracy to participate in racketeering activities and possession with intent to distribute cocaine as marijuana.

My name is Alejandro Quinones and I've known Oscar for about 13 years. I consider myself a longtime friend of Oscar and of the family. With the upcoming court date it only seems right to provide another side to Oscar's appearance and not just the one that consists of third party onlookers.

Growing up in our neighborhood was not the worst, but there were days that did make you feel like, "Why me?" Luckily, I was one of the youngest in the neighborhood and I had many positive influences that knew right from wrong, Oscar being one of them. He is one of the strongest influences in my life, he always stressed how important it was to stay out of the streets. He has the type of attitude that makes you want to listen to him. He's very wise for his age, I knew I could talk to him because I didn't think other people his age would understand where I was coming from. Many times, he was a person I relied and counted on to be there when things got too difficult to handle on my own. Our relationship was a brotherly one, he would take care of me as if I was one of his blood siblings.

In the past 4 years, he got together with the lady of his dreams, and worked incredibly hard accomplishing his dreams of owning his own barbershop. Then, he unfortunately had to deal with the police shutting it down. But not even this stopped his passion and attempted to reopen the business. He wanted to make a better life to provide for his second child that was on the way.

He has the drive and potential to make situations better, become a productive citizen, and be a great member of the community. Hopefully your honor, you can also see this side of him. I ask for leniency in his sentencing and allow him to one day be with his family and his friends.

        Thank you for your time,
        Alejandro Quinones