1                    IN THE UNITED STATES DISTRICT COURT
2                      NORTHERN DISTRICT OF INDIANA
                             HAMMOND DIVISION
3

4     UNITED STATES OF AMERICA,

5          vs.                                    2:10-CR-109

6     OSCAR GONZALEZ,

7              Defendant.

8                    TRANSCRIPT OF CHANGE OF PLEA HEARING
                     BEFORE THE HONORABLE RUDY LOZANO
9                      UNITED STATES DISTRICT JUDGE
                             JUNE 26, 2012
10

11    FOR THE GOVERNMENT:       David J. Nozick
                                U.S. Attorney's Office
12                              5400 Federal Plaza, Suite 1500
                                Hammond, Indiana  46320
13                              219-937-5500

14    FOR THE DEFENDANT:        Bruce D. Parent
                                Law Office of Bruce D. Parent PC
15                              260 East 90th Drive
                                Merrillville, Indiana  46410
16                              219-681-6497

17

18    Court Reporter:       Kelly M. Fitzgerald, RMR, CRR
                            Official Court Reporter
19                          United States District Court
                            5400 Federal Plaza, Suite 4082
20                          Hammond, Indiana  46320
                            219-852-3616

21    Proceedings reported by stenotype.  Transcript produced by
      computer-aided transcription.
22

23

24

25

1          THE COURT:  Mr. Nozick, is Mr. Cooley going to be here

2     today?

3          MR. NOZICK:  Mr. Cooley just started driving back to

4     O'Hare.  He's got a plane to catch.

5          THE COURT:  He's coming later?

6          MR. NOZICK:  No.  He just left town.  You don't think I

7     can handle it on my own?

8          THE COURT:  Story of your life.  He leaves you all the

9     time.

10         MR. NOZICK:  I know.

11         THE COURT:  Is the plea being filed electronically

12    today, too?

13         MR. NOZICK:  Yes, Judge.

14         THE COURT:  Mr. Parent, are you ready?

15         MR. PARENT:  We are, Judge.

16         THE COURT:  This is the case of the United States of

17    America versus Oscar Gonzalez, also known as Puppet, Hammond

18    Criminal No. 2:10-CR-109.  The defendant is present in person

19    and with his attorney, Mr. Bruce Parent.  The government is

20    represented by its Assistant United States Attorney, Mr. David

21    Nozick.

22         Mr. Parent, is it true, as I have been advised, that your

23    client, the defendant, wishes to enter a plea of guilty to

24    Counts One and Two of the third superseding indictment in this

25    case?

```
 1              MR. PARENT:  Yes, sir, Judge.

 2              THE COURT:  Mr. Parent, I received a document entitled

 3       plea agreement.  I have been advised that a copy of this

 4       document will be filed electronically today with the Court.

 5       The plea agreement is seven pages in length, and the last page

 6       contains what purports to be the defendant's signature.  I

 7       have inspected this document, and it was file marked on the

 8       26th day of June of the year 2012.  The document that I

 9       received today has written signatures.  The one that will be

10       electronically filed has printed signatures.  Is the plea of

11       guilty by this defendant being made pursuant to the plea

12       agreement contained in these two documents?

13              MR. PARENT:  Yes, sir.

14              THE COURT:  Taking the document that I received today,

15       on the last page of this document appears the name of Oscar

16       Gonzalez and above that a signature that appears to be that of

17       an Oscar Gonzalez.  Is that the defendant's signature?

18              MR. PARENT:  Yes, Judge.

19              THE COURT:  Was it executed in your presence?

20              MR. PARENT:  Yes, sir.

21              THE COURT:  And was it executed pursuant to approving

22       this plea agreement?

23              MR. PARENT:  Yes, sir, it was.

24              THE COURT:  Right below that appears the name of Bruce

25       D. Parent, attorney for the defendant, and above that a
```

 1   signature that looks like a Bruce D., and then -- I don't know

 2   what it is.  Do you own up to that as being your signature?

 3        MR. PARENT:  Yes.  My mother is not proud of that

 4   signature, but it is mine, Judge.

 5        THE COURT:  Was that executed pursuant to approving the

 6   plea agreement?

 7        MR. PARENT:  Yes, sir.

 8        THE COURT:  Lower -- well, right below that appears the

 9   names of David Capp, United States Attorney, by David J.

10   Nozick, Assistant United States Attorney, and above that a

11   squiggly line.  I assume that's your signature, Mr. Nozick?

12        MR. NOZICK:  It is, Judge.

13        THE COURT:  And did you execute that pursuant to

14   approving the plea agreement?

15        MR. NOZICK:  Yes, Your Honor.

16        THE COURT:  And next to that appears the name of

17   Lanny A. Brewer, Assistant Attorney General, by Joseph A.

18   Cooley, trial attorney, United States Department of Justice,

19   and above that a signature, or at least what appears to be a

20   signature.  I can make out a J, an A and a C.  Is that

21   Mr. Cooley's signature?

22        MR. NOZICK:  It is.

23        THE COURT:  And was that executed pursuant to approving

24   the plea agreement?

25        MR. NOZICK:  It was.

```
1              THE COURT:  And is Mr. Cooley your co-counsel?

2              MR. NOZICK:  He is.

3              THE COURT:  Mr. Gonzalez, I want you to stand up, face

4      this young lady, raise your right hand to be sworn.

5              (Defendant sworn.)

6                            EXAMINATION

7      BY THE COURT:

8      Q.    Please be seated, Mr. Gonzalez.  There's going to be some

9      rules that we're going to have to abide by, and if we can't

10     abide by these rules, we'll stop the hearing and we'll go to

11     trial.

12             Rule No. 1, I have to hear you.  If I can't hear you, I

13     have no idea what you want me to do.  Do you understand?

14     A.    Yes, Your Honor.

15     Q.    Well, we're not doing very good.  Take this other

16     microphone over here, put it right in front of you.  Speak up.

17     A.    Yes, Your Honor.

18     Q.    That's better.

19             Two, you have to hear me.  If you can't hear me, tell me.

20     I'll raise my voice.  Do you understand?

21     A.    Yes, Your Honor.

22     Q.    You have to understand everything I'm asking you.  If you

23     don't understand everything I'm asking you, tell me.  I'll

24     rephrase the question.  Do you understand?

25     A.    Yes, Your Honor.
```

```
 1    Q.   I want you to answer all of my questions out loud,
 2    verbally.  Don't nod your head.  Don't say mm-hmm, uh-uh,
 3    don't grunt.  I may not understand what you're saying.  Do you
 4    understand?
 5    A.   Yes, Your Honor.
 6    Q.   If at any time for any reason you want to talk to your
 7    attorney, you know what that means (indicating)?
 8    A.   Yes, Your Honor.
 9    Q.   What does it mean?
10    A.   Timeout.
11    Q.   Just tell me timeout.  I'll let you talk to your attorney
12    about any subject at all.  The only thing I'm going to
13    recommend to you is that you whisper.  Otherwise there's no
14    need to take a timeout.  Do you understand?
15    A.   Yes, Your Honor.
16    Q.   I will also tell you that that microphone that's in front
17    of you, it's always hot.  It's always amplifying.  If you want
18    to talk to your attorney, there's a button on the base.  Push
19    that button down and hold it down.  It will stop amplifying.
20    As soon as you let go, it will start amplifying again.  Do you
21    understand?
22    A.   Yes, Your Honor.
23    Q.   Are you ready to proceed?
24    A.   Yes, Your Honor.
25    Q.   Do you have any questions?
```

1    A.    No, Your Honor.

2    Q.    Okay.  I don't want you to have to keep bending over.

3    Why don't you bring the microphone closer to you.  Otherwise

4    you seem like you're constantly bending forward.

5          Mr. Gonzalez, do you understand that you are now under

6    oath, and if you answer any of my questions falsely, your

7    answers may later be used against you in another prosecution

8    for perjury or for making a false statement?

9    A.    Yes, Your Honor.

10   Q.    Please state your full name.

11   A.    Oscar Gonzalez.

12   Q.    Mr. Gonzalez, where do you live?

13   A.    47 -- 4732 Henry Avenue.

14   Q.    Okay.  You're going to have to speak a little bit slower

15   because she's writing down everything you're saying, and

16   otherwise, she'll take off on me like a helicopter.  Repeat

17   that again.

18   A.    4732 Henry Avenue.

19   Q.    What city?

20   A.    Hammond, Indiana.

21   Q.    Are you a citizen of the United States?

22   A.    No, Your Honor.

23   Q.    Where are you a citizen from?

24   A.    Mexico.

25   Q.    Has your attorney, Mr. Parent, explained to you that your

1   guilty plea and resulting criminal conviction may have an

2   adverse consequence as to your immigration status with the

3   Homeland Security Administration under the immigration laws of

4   the United States?

5   A.   Yes, Your Honor.

6   Q.   Do you fully understand that -- then that your plea of

7   guilty and your resulting conviction may carry the risk of

8   deportation, consequences by the Homeland Security

9   Administration?

10   A.   Yes, Your Honor.

11   Q.   With this understanding, are you still willing to plead

12   guilty to Counts One and Two of the third superseding

13   indictment?

14   A.   Yes, Your Honor.

15   Q.   And are you doing this knowingly and voluntarily?

16   A.   Yes, Your Honor.

17   Q.   How old are you?

18   A.   22, Your Honor.

19   Q.   What is the date of your birth?

20   A.   2/21/90, Your Honor.

21   Q.   Slow down, Mr. Gonzalez.  Go ahead again.

22   A.   February 21, 1990, Your Honor.

23   Q.   What is your Social Security number?

24   A.   I don't have one, Your Honor.

25   Q.   Mr. Gonzalez, are you -- what is the extent of your

education?

A.   I didn't graduate high school, but I made it to 11th
grade.

Q.   I'm sorry.  You went to the 11th grade?

A.   Yes, Your Honor.

Q.   Are you able to read and understand the English language?

A.   Yes, Your Honor.

Q.   Have you been able to read and understand the documents
that were filed in this case?

A.   Yes, Your Honor.

Q.   Have you been able to confer with your attorney and
assist your attorney in the defense of your case?

A.   Yes, Your Honor.

        THE COURT:  Mr. Parent, do you know of any reason why
you cannot proceed today?

        MR. PARENT:  No, Judge.  I find him very intelligent
and able to understand me.

        THE COURT:  And Mr. Nozick?

        MR. NOZICK:  No reason not to proceed.

BY THE COURT:

Q.   Mr. Gonzalez, have you ever been treated for any mental
illness or addiction to narcotic drugs of any kind?

A.   No, Your Honor.

Q.   Are you presently under the influence of any drug or
medication or alcoholic beverage of any kind?

```
 1      A.    No, Your Honor.
 2      Q.    Mr. Gonzalez, have you received a copy of the third
 3      superseding indictment pending against you, that is the
 4      written charges made against you in this case, and have you
 5      fully discussed those charges and the case in general with
 6      your attorney?
 7      A.    Yes, Your Honor.
 8      Q.    Are you fully satisfied with the counsel, representation
 9      and advice given to you in this case by Mr. Parent as your
10      attorney?
11      A.    Yes, Your Honor.
12      Q.    Mr. Gonzalez, I want you to turn to the document entitled
13      plea agreement.  I want you to go to page 3 of that document.
14      What I want you to do for me right now is I want you to read
15      quietly, to yourself, paragraph 7 and all of the
16      subparagraphs, paragraph 8, paragraph 9, paragraph 10,
17      paragraph 11, paragraph 12, paragraph 13 and paragraph 14.  I
18      know you've done this before, but I want you to do it again.
19      If you have any questions while you're reading it, you may
20      talk to your attorney.  Please let me know when you're done.
21      A.    Yes, Your Honor.
22            (Defendant complies.)
23              MR. PARENT:  We've read it, Judge.
24      BY THE COURT:
25      Q.    Have you read those paragraphs, Mr. Gonzalez?
```

```
1      A.    Yes, Your Honor.
2      Q.    Did you have occasion to read it and discuss it earlier
3      with your attorney?
4      A.    Yes, Your Honor.
5      Q.    Do you fully understand all of it?
6      A.    Yes, Your Honor.
7      Q.    Are you in agreement with all of it?
8      A.    Yes, Your Honor.
9      Q.    And are you asking me to approve all of it as part of
10     your plea agreement?
11     A.    Yes, Your Honor.
12     Q.    I want to talk with you about the terms of your plea
13     agreement.  Let's start on page 3 with paragraph 7(a).  There
14     you indicate that you want to plead guilty to Count One of the
15     third superseding indictment; is that correct?
16     A.    Yes, Your Honor.
17     Q.    You understand that that charges you with conspiracy to
18     participate in racketeering activity; is that correct?
19     A.    Yes, Your Honor.
20     Q.    That's in violation of a federal statute; namely
21     Title 18, United States Code, Section 1962(d); is that
22     correct?
23     A.    Yes, Your Honor.
24     Q.    Why do you want to plead guilty to Count One of the third
25     superseding indictment at this time?
```

1    A.    Because I am, in fact, guilty of Count One, Your Honor.

2    Q.    And are you asking me to approve it as part of your plea

3    agreement?

4    A.    Yes, Your Honor.

5    Q.    Subparagraph (b), Mr. Gonzalez, deals with what penalties

6    you're facing for Count One.  I don't know what sentence, if

7    any, you're going to get in this case if you're found guilty.

8    Right now what I am going to do is I am going to tell you

9    based upon the statute that you're pleading guilty to and

10   based upon the count of the third superseding indictment that

11   you're pleading guilty to what's the most that you could get,

12   what's the least that you could get and obviously your

13   sentence could be somewhere in between.  Do you understand?

14   A.    Yes, Your Honor.

15   Q.    I'm going to use some terms.  Let's cover those at this

16   time.  And I'm also going to talk about the term that may come

17   up in the third superseding -- I'm sorry -- in Count Two of

18   the third superseding indictment.

19         One of the terms you're going to hear is a term called a

20   special assessment.  All that is is a fancy word for another

21   kind of a fine.  For each count that you're found guilty of,

22   in addition to any other penalties that I may charge you with,

23   you're going to have to pay a $100 special assessment made

24   payable to the United States of America.  That's due and

25   payable either at the time of sentencing or before it.  Do you

1    understand?

2    A.    Yes, Your Honor.

3    Q.    Another term you're going to hear is called a special

4    assessment-- I'm sorry -- is called supervised release.  Have

5    you ever heard of that before?

6    A.    No, Your Honor.

7    Q.    Supervised release, Mr. Gonzalez, is in addition to any

8    term of imprisonment that I may give you.  If I give you a

9    term of supervised release, during that period of time, you

10   must live your life under certain conditions set out by the

11   Court.  If you violate those conditions, the Court can revoke

12   or take back the supervised release and then send you back to

13   jail in addition to the time you already served for the

14   remaining term of supervised release.  Do you understand that?

15   A.    Yes, Your Honor.

16   Q.    So do you understand that if you get a term of supervised

17   release the importance of following all of the conditions set

18   out by the Court?

19   A.    Yes, Your Honor.

20   Q.    And, of course, you understand what can happen if you

21   don't?

22   A.    Yes, Your Honor.

23   Q.    Another term you're going to hear is a term called

24   probation.  Have you ever heard of that before?

25   A.    Yes, Your Honor.

1    Q.   Probation is very similar to supervised release in that

2    if you get a term of probation, during that period of time,

3    you must live your life under certain conditions set out by

4    the Court.  You violate those conditions, the Court can revoke

5    or take back the probation and then send you to jail up to the

6    terms of the statute.  In the case of Count One, it would be

7    up to life imprisonment.  Do you understand that?

8    A.   Yes, Your Honor.

9    Q.   So do you understand that if you get a term of probation

10   the importance of following all of the conditions set out by

11   the Court?

12   A.   Yes, Your Honor.

13   Q.   And, of course, you understand what can happen if you

14   don't?

15   A.   Yes, Your Honor.

16   Q.   Another term you may hear is a term called restitution.

17   You understand what that is?

18   A.   Yes, Your Honor.

19   Q.   That's paying back any losses that may have occurred.

20   And in this case, there may be restitution that's going to be

21   charged against you.  And do you understand that the Court can

22   order full restitution, partial restitution or no restitution?

23   Do you understand that?

24   A.   Yes, Your Honor.

25   Q.   Are you in agreement with that?

1    A.    Yes, Your Honor.

2    Q.    For Count One of the third superseding indictment, based

3    upon the count that you're pleading guilty to and based upon

4    the statute that you're pleading guilty to, the most that you

5    could get would be life imprisonment, a fine of up to $250,000

6    or a combination of both of those, up to five years of

7    supervised release, full restitution and a $100 special

8    assessment.  Do you understand that?

9    A.    Yes, Your Honor.

10   Q.    The least that you could get would be probation, no fine,

11   no supervised release, but you still would have a $100 special

12   assessment.  Do you understand that?

13   A.    Yes, Your Honor.

14   Q.    And, of course, your sentence could be somewhere between

15   the minimum and the maximum as I have just described.

16   A.    Yes, Your Honor.

17   Q.    Are you in agreement with that?

18   A.    Yes, Your Honor.

19   Q.    Let's go on to subparagraph (c).  There you indicate that

20   you want to plead guilty to Count Two of the third superseding

21   indictment; is that correct?

22   A.    Yes, Your Honor.

23   Q.    You understand that that charges you with conspiracy to

24   possess with the intent to distribute and distribute 5

25   kilograms or more of cocaine and 1,000 kilograms or more of

1    marijuana; is that correct?

2    A.    Yes, Your Honor.

3    Q.    That's in violation of a federal statute; namely

4    Title 21, United States Code, Section 846; is that correct?

5    A.    Yes, Your Honor.

6    Q.    Why do you want to plead guilty to Count Two of the third

7    superseding indictment at this time?

8    A.    Because I am, in fact, guilty of Count Two, Your Honor.

9    Q.    And are you asking me to approve it as part of your plea

10   agreement?

11   A.    Yes, Your Honor.

12   Q.    Paragraph (d) deals with what penalties you're facing if

13   you're found guilty of Count Two of the third superseding

14   indictment.  And if you are found guilty of Count Two of the

15   third superseding indictment, based upon that count and based

16   upon the statute you're pleading guilty to, the most that you

17   could get would be life imprisonment, a fine of up to

18   $10 million or a combination of both of those, up to life

19   supervised release and a $100 special assessment.  Do you

20   understand that?

21   A.    Yes, Your Honor.

22   Q.    Now, here you're going to hear another term that I didn't

23   describe to you earlier.  That's called a mandatory minimum.

24   That means, under most circumstances, you must serve at least

25   that amount of time.  And for Count Two, you have to serve a

1    minimum of ten years imprisonment, no fine, five years of
2    supervised release and a $100 special assessment.  Do you
3    understand that?
4    A.   Yes, Your Honor.
5    Q.   Of course your sentence could be somewhere between the
6    minimum -- strike that -- between, I'm sorry, the minimum and
7    the maximum as I have just described?
8    A.   Yes, Your Honor.
9    Q.   Okay.  Now, when I talk to you about mandatory minimum,
10   let me also explain there is an exception to that, and I will
11   cover that a little bit later.  Okay?
12   A.   Yes, Your Honor.
13   Q.   But under most circumstances, you must serve that
14   mandatory minimum.  Do you understand that?
15   A.   Yes, Your Honor.
16   Q.   Let's go on to subparagraph 8.  There, Mr. Gonzalez, you
17   and the government have entered into some agreements to make
18   some recommendations to the Court that are not binding upon
19   the Court.  Mr. Gonzalez, that sounds like a lot of mumbo
20   jumbo.  What do you mean you're going to make some
21   recommendations to the Court that are not binding upon the
22   Court?
23   A.   It means I was not promised anything, Your Honor.
24   Q.   I'm sorry?
25   A.   It means I was not promised anything, Your Honor.

1    Q.    No.   It doesn't mean you're not going to promise

2    anything.

3    A.    No.   It means I wasn't promised anything.

4    Q.    Okay.  Well, let me put it simply.  You can recommend it.

5    Your attorney can recommend it.  Mr. Nozick can recommend it.

6    I don't have to follow it.  I can say, thank you very much; I

7    am not going to follow your recommendation.  And if I don't

8    follow your recommendation, not only will I not follow it, I

9    will not reject this plea agreement, nor will I allow you to

10   withdraw your plea of guilty.  Do you understand that?

11   A.    Yes, Your Honor.

12   Q.    Bottom line, I'm not bound by these recommendations.  Do

13   you understand that?

14   A.    I understand, Your Honor.

15   Q.    And I will have the final say.  Do you understand that?

16   A.    Yes, Your Honor.

17   Q.    Are you in agreement with that?

18   A.    Yes, Your Honor.

19   Q.    Before we talk about these nonbinding recommendations,

20   Mr. Gonzalez, let me explain to you that in this case your

21   sentence in part is going to be decided by the United States

22   Sentencing Guidelines promulgated by the United States

23   Sentencing Commission.  Do you understand?

24   A.    Yes, Your Honor.

25   Q.    The reason for that is very simple.  These guidelines

```
 1    became effective on November 1, 1987.  The crime to which
 2    you're pleading guilty to occurred after that.  Do you
 3    understand that?
 4    A.   Yes, Your Honor.
 5    Q.   Now, I said your sentence in part was going to be decided
 6    by the guidelines.  Let me explain that further.
 7    Mr. Gonzalez, I don't have to follow the guidelines.  I have
 8    to apply them to your case.  If, after applying them to your
 9    case, a guideline range is decided in your case, if I find
10    that guideline range to be fair and reasonable, you'll
11    probably be sentenced within that guideline range.  If I do
12    not find it to be fair and reasonable, I can go higher than
13    that guideline range or I can go lower than that guideline
14    range.  I have that authority.  Do you understand that?
15    A.   Yes, Your Honor.
16    Q.   I should say, actually, I have that discretion.  So
17    although I have to apply the guidelines to your case, I don't
18    have to follow them.  They are only advisory.  Do you
19    understand that?
20    A.   I fully understand, Your Honor.
21    Q.   Have you and your attorney talked about the guidelines
22    and how they operate?
23    A.   Yes, Your Honor.
24    Q.   You understand that under the guidelines before the Court
25    can decide a sentence for an individual, it has to take
```

1    numerous factors into consideration.  With regards to each of

2    these factors, the Court will allow input from you, from your

3    attorney, from the government, but the final decision as to

4    each and every factor will be the Court's and only the

5    Court's.  Once all of these factors are taken into

6    consideration, a guideline range will be decided in your case.

7    If I find that guideline range to be fair and reasonable,

8    you'll probably be sentenced within that guideline range.  If

9    I do not find it to be fair and reasonable, I can go higher or

10   I can go lower than that guideline range.  Do you understand

11   that?

12   A.   Yes, Your Honor.

13   Q.   Some of the factors that I have to consider in your case

14   include, but are not limited to, one, whether or not you have

15   a prior criminal record, and if so, for what.  Do you

16   understand that?

17   A.   Yes, Your Honor.

18   Q.   If drugs are involved, what kind of drugs are involved

19   and what quantity of drugs are involved.  Now, you notice I

20   said drugs being involved.  I didn't say that you possessed or

21   that you distributed, because you may have responsibility for

22   drugs that other individuals possessed or other people

23   distributed.  Do you understand that?

24   A.   Yes, Your Honor.

25   Q.   What part did you take in the crime?  Were you a leader?

1    Were you a middle man?  Were you a follower?  Do you

2    understand that?

3    A.   Yes, Your Honor.

4    Q.   If anybody was killed, how many people were killed.  Do

5    you understand that?

6    A.   Yes, Your Honor.

7    Q.   Was more than minimal planning involved may be a factor.

8    Do you understand that?

9    A.   Yes, Your Honor.

10   Q.   And another factor and a very, very important factor is

11   whether or not you have accepted responsibility for the

12   commission of the crime to which you're pleading guilty.

13   That's an important factor because depending upon the

14   circumstances, you can either get a minus two or a minus three

15   points.  The lower the number of points, the smaller the

16   guideline range.  That's in your favor.  Do you understand

17   that?

18   A.   Yes, Your Honor.

19   Q.   You may ask me, how do I show acceptance of

20   responsibility?  It's very simple.  One, by continuing to

21   admit all of your involvement in the crime, including relevant

22   conduct.  Do you understand that?

23   A.   Yes, Your Honor.

24   Q.   You and your attorney talk about relevant conduct?

25   A.   Yes, Your Honor.

```
 1       Q.   Any questions about that?

 2       A.   No, Your Honor.

 3       Q.   Two, by not giving different stories about what occurred;

 4       three, by not being involved in any further crimes; and, four,

 5       by not attempting to withdraw your plea of guilty.  Do you

 6       understand that?

 7       A.   Yes, Your Honor.

 8       Q.   Mr. Gonzalez, I could be here for days and months talking

 9       to you about all the different factors.  These are only some

10       of them.  Any questions about the guidelines or how they

11       operate?

12       A.   No, Your Honor.

13       Q.   Let's go back to these nonbinding recommendations.  First

14       nonbinding recommendation that's going to be made in this

15       case, you and the government are going to recommend to the

16       Court that you get the maximum deduction of points for

17       acceptance of responsibility.  Do you understand that?

18       A.   Yes, Your Honor.

19       Q.   And the government is going to make this recommendation

20       with you as long as you continue to demonstrate acceptance of

21       responsibility.  You start giving different stories about what

22       occurred, you start lying, you start attempting to withdraw

23       your plea of guilty or you start being involved in other

24       crimes, they don't have to make the recommendation.  Do you

25       understand that?
```

```
 1      A.    Yes, Your Honor.
 2      Q.    And if they don't make the recommendation, not only will
 3      they not make the recommendation, you will not be allowed to
 4      withdraw your plea of guilty or your plea agreement.  Do you
 5      understand that?
 6      A.    Yes, Your Honor.
 7      Q.    Even if, even if you, your attorney and the government
 8      all recommend that you get acceptance of responsibility, who
 9      makes the final decision?
10      A.    You, Your Honor.
11      Q.    That's right.  And I may agree with you and I may not.  I
12      will have the final say.  Do you understand that?
13      A.    Yes, Your Honor.
14      Q.    Are you in agreement with that?
15      A.    Yes, Your Honor.
16      Q.    Second nonbinding recommendation is going to be made by
17      the government, and they're going to recommend that I give you
18      a sentence under the minimum of the applicable guidelines as
19      decided for your case.  Do you understand that?
20      A.    Yes, Your Honor.
21      Q.    Mr. Gonzalez, that does not mean the minimum under the
22      guidelines.  The minimum under the guidelines is probation.
23      What we're talking about here is that after I consider all
24      those different factors and a guideline range is decided in
25      your case, it's the minimum under the guideline range.  That
```

1    may be probation, but that may be higher.  Do you understand

2    that?

3    A.   Yes, Your Honor.

4    Q.   Who makes the final decision as to what your sentence is

5    going to be?

6    A.   You, Your Honor.

7    Q.   And you understand that I may agree with the government.

8    I may not.  Do you understand that?

9    A.   I understand, Your Honor.

10   Q.   Under this paragraph, your attorney can argue, if he

11   wants, that your sentence should be below the guidelines.  Do

12   you understand that?

13   A.   Yes, Your Honor.

14   Q.   And the other thing I have to tell you, Mr. Gonzalez, is

15   that in the event that the guidelines are below the mandatory

16   minimum under Count Two, the mandatory minimum would trump the

17   guidelines.  Do you understand that?

18   A.   Yes, Your Honor.

19   Q.   Do you understand that what that means?

20   A.   Yes, Your Honor.

21   Q.   Okay.  Any questions about that?

22   A.   No, Your Honor.

23   Q.   Are you in agreement with that?

24   A.   Yes, Your Honor.

25   Q.   Let's take a look at the third nonbinding recommendation.

 1    There you're agreeing that under 2D1.1(c) of the guidelines,
 2    you're responsible for 150 kilograms or more of a mixture and
 3    substance containing a detectible amount of cocaine and 1,000
 4    kilograms or more of a mixture and substance containing a
 5    detectible amount of marijuana.  Do you understand that?
 6    A.   Yes, Your Honor.
 7    Q.   Now, by admitting this, the likelihood is that I will
 8    find you're responsible for at least that amount.  Do you
 9    understand that?
10    A.   Yes, Your Honor.
11    Q.   And that may impact on what sentence, if any, you're
12    going to get.  Do you understand that?
13    A.   Yes, Your Honor.
14    Q.   Who makes the final decision as to what amount and what
15    kind of drugs you have responsibility for?
16    A.   You, Your Honor.
17    Q.   And you understand that I may agree or I may disagree
18    with all of you?
19    A.   Yes, Your Honor.
20    Q.   Okay.
21    A.   I understand.
22    Q.   Let's go on to subparagraph (d).  There you're agreeing
23    under the guidelines, Sections 2E1.1 and 2D1.1(b)(1) that the
24    government -- that you and the government agree that you
25    possessed a firearm in connection with any offense of

1    conviction.  Do you understand that?

2    A.   Yes, Your Honor.

3    Q.   That may be important in deciding what sentence, if any,

4    I'm going to give you.  Do you understand that?

5    A.   Yes, Your Honor.

6    Q.   And you're agreeing to that.  Do you understand that?

7    A.   I understand, Your Honor.

8    Q.   Who will make the final decision on that?

9    A.   You, Your Honor.

10   Q.   And you understand that I may agree or may not agree with

11   all of you?

12   A.   I understand, Your Honor.

13   Q.   But it's going to be very difficult to say you didn't

14   have a gun because here you're already admitting it.  Do you

15   understand that?

16   A.   Yes, Your Honor.

17   Q.   Okay.  Let's go on to subparagraph (e).  There you're

18   saying under the Guideline Sections 2E1.1, 2D1.1(d)(1) and

19   2A1.1(a) that with respect to this case that you're

20   responsible for the first degree murder of a victim; is that

21   correct?

22   A.   Yes, Your Honor.

23   Q.   And you understand that that too will have an impact on

24   what sentence, if any, you're going to get?

25   A.   Yes, Your Honor.

1    Q.   Are you in agreement with that?

2    A.   Yes, Your Honor.

3    Q.   Who makes the final decision on this?

4    A.   You, Your Honor.

5    Q.   Okay.  Let's go on to subparagraph 9.  Subparagraph 9,

6    Mr. Gonzalez, deals with appeals.  You understand in all

7    criminal cases a defendant has a right to appeal his

8    conviction and/or sentence in a case?

9    A.   Yes, Your Honor.

10   Q.   In this case you have acknowledged that I have the

11   jurisdiction to sentence you up to the maximum provided for by

12   the statute.  Remember you and I talked about that before when

13   I told you that you were facing, for Count One, life

14   imprisonment, up to $250,000 or a combination of both of

15   those, up to five years of supervised release, full

16   restitution and a $100 special assessment?

17   A.   Yes, Your Honor.

18   Q.   And for Count Two, you were facing up to life

19   imprisonment, a fine of up to $10,000,000 or a combination of

20   both of those, up to life supervised release and a $100

21   special assessment?

22   A.   Yes, Your Honor.

23   Q.   And on both Counts One and Two you also were facing full

24   restitution.  You understand that?

25   A.   Yes, Your Honor.

1    Q.   What you're basically doing in this paragraph,

2    Mr. Gonzalez, is you're giving up all of your rights to an

3    appeal, either the manner in which you were found guilty or

4    what sentence, if any, you're going to get.  Do you understand

5    that?

6    A.   Yes, Your Honor.

7    Q.   That includes incompetence of counsel except as it

8    relates to this waiver and/or its negotiation.  Do you

9    understand that?

10   A.   Yes.

11   Q.   Do you understand the government is not giving up their

12   rights to appeal in any way?

13   A.   Yes, Your Honor.

14   Q.   And you understand that once you do this you can't change

15   your mind?

16   A.   I understand, Your Honor.

17   Q.   And do you understand that if you don't like the sentence

18   that I give you or you don't like the ruling, you're not going

19   to be able to tell Mr. Parent, I want to appeal, because you

20   will have given up that right.  Do you understand that?

21   A.   I understand, Your Honor.

22   Q.   Are you sure this is what you want to do?

23   A.   Yes, Your Honor.

24   Q.   Did you talk to your attorney before making the decision?

25   A.   Yes, Your Honor.

```
 1      Q.   Did he answer all of your questions?

 2      A.   Yes, Your Honor.

 3      Q.   Do you have any questions of the Court?

 4      A.   No, Your Honor.

 5      Q.   Are you doing this knowingly and voluntarily?

 6      A.   Yes, Your Honor.

 7      Q.   Anybody force you to do it?

 8      A.   No, Your Honor.

 9      Q.   And are you asking me to approve it as part of your plea

10      agreement?

11      A.   Yes, Your Honor.

12      Q.   Let's go on to subparagraph 10.  There you're giving up

13      your right to receive any further records, reports or

14      documents regarding the investigation and/or prosecution of

15      your case.  Do you understand that?

16      A.   Yes, Your Honor.

17      Q.   That includes any information that you could have gotten

18      under the Freedom of Information Act and Privacy Act of 1974.

19      Do you understand that?

20      A.   Yes, Your Honor.

21      Q.   You and your attorney go over that statute?

22      A.   Yes, Your Honor.

23      Q.   Understand that the government is not giving up their

24      right to receive any further records, reports or documents?

25      A.   I understand, Your Honor.
```

```
 1    Q.   Down the road, if you're going to want Mr. Parent to get
 2    you a copy of a lab report or a copy of a statement or a copy
 3    of a video, you're not going to be able to do that.
 4    A.   I understand, Your Honor.
 5    Q.   Are you sure this is what you want to do?
 6    A.   Yes, Your Honor.
 7    Q.   Are you doing it knowingly and voluntarily?
 8    A.   Yes, Your Honor.
 9    Q.   Anybody force you to do it?
10    A.   No, Your Honor.
11    Q.   Did you talk to your attorney before making this
12    decision?
13    A.   Yes, Your Honor.
14    Q.   Did he answer all of your questions?
15    A.   Yes, Your Honor.
16    Q.   Do you have any questions of the Court?
17    A.   No, Your Honor.
18    Q.   And are you asking me to approve it as part of your plea
19    agreement?
20    A.   Yes, Your Honor.
21    Q.   Let's go on to subparagraph 11.  There, Mr. Gonzalez, you
22    say you want to cooperate with the United States Attorney or
23    his designated representatives.  What does that mean to you,
24    you're going to cooperate?
25    A.   That I will cooperate with the government.
```

```
1    Q.   How?

2    A.   By assisting them.

3    Q.   By what?

4    A.   Assisting them, Your Honor.  Assisting them.

5    Q.   Mr. Nozick is very sloppy, doesn't clean up his office.

6    Are you going to help him mop the floor?

7    A.   No, Your Honor.

8    Q.   That's right.  You don't do that.  That's not your job.

9    You going to help him straighten up his files and his records?

10   A.   No, Your Honor.

11   Q.   That's right.  Mr. Gonzalez, when you agree to

12   cooperate -- listen very carefully -- you agree to truthfully,

13   completely and candidly tell them any and all information that

14   you may have about any, any violation of law.  Do you

15   understand that?

16   A.   I understand, Your Honor.

17   Q.   That might be federal law, state law, local law, any law.

18   Do you understand that?

19   A.   I fully understand, Your Honor.

20   Q.   It might be laws of this country or laws of Mexico or

21   some other country.  Do you understand that?

22   A.   Yes, Your Honor.

23   Q.   And when you do this, you can't lie to the government.

24   You can't give them different stories about what occurred.

25   You can't get convenient amnesia.  You can't jive them.  Do
```

1   you understand that?

2   A.   Yes, Your Honor.

3   Q.   You can't conveniently leave out certain facts.  Do you

4   understand that?

5   A.   Yes, Your Honor.

6   Q.   And if you agree to cooperate, you also agree to

7   truthfully, completely and candidly testify at future grand

8   juries and at future criminal trials if requested to do so.

9   Do you understand that?

10   A.   I agree, Your Honor.

11   Q.   Are you sure this is what you want to do, Mr. Gonzalez?

12   A.   Yes, Your Honor.

13   Q.   It could be embarrassing.  Do you understand that?

14   A.   I understand, Your Honor.

15   Q.   It might even require you to testify about other things

16   you have done, that your loved ones have done, that your

17   enemies have done, that your friends have done, that people

18   that you know have done, people that you don't know personally

19   but you know who they are have done.  It's any and all

20   information.  Do you understand that.

21   A.   I fully understand, Your Honor.

22   Q.   And, Mr. Gonzalez, do you understand that could be

23   dangerous even?

24   A.   I understand, Your Honor.

25   Q.   Did you talk to your attorney before making this

1    decision?

2    A.    Yes, Your Honor.

3    Q.    He answer all of your questions?

4    A.    Yes, Your Honor.

5    Q.    Do you have any questions of the Court?

6    A.    No, Your Honor.

7    Q.    Are you asking me to approve it as part of your plea

8    agreement?

9    A.    Yes, Your Honor.

10   Q.    Do you understand that the government may tell me all

11   about your cooperation; how good it was, how bad it was,

12   whether you lied, whether you give them different stories, how

13   it helped the government.  Do you understand that?

14   A.    I understand, Your Honor.

15   Q.    That might impact what sentence, if any, I'm going to

16   give you.  Do you understand that?

17   A.    I fully understand, Your Honor.

18   Q.    Are you in agreement with that?

19   A.    Yes, Your Honor.

20   Q.    Let's go on to subparagraph 12.  That dovetails,

21   Mr. Gonzalez, a little bit with paragraph 11, because under

22   12, that tells you about a motion that the government may,

23   that's a big word, may, file in your case.  The government has

24   the right to file a motion under two sections:  One, 5K1.1 of

25   the sentencing guidelines, and two, under Title 18, United

1    States Code, Section 3553(e).  And both of these sections deal

2    with the government suggesting to the Court that I depart from

3    the guidelines.  And under Title 18, United States Code,

4    Section 3553(e), not only that I depart from the guidelines,

5    but that I depart and go below the mandatory minimum required

6    by the statute.  Do you understand that?

7    A.    I fully understand, Your Honor.

8    Q.    Now, the only person that can file this motion is the

9    government.  Your attorney can stand here until he's red in

10   the face or blue in the face.  It wouldn't do him any good

11   under those two sections.  Do you understand that?

12   A.    I understand, Your Honor.

13   Q.    Okay.  Government in this case is not promising you that

14   they're going to file these motions.  What they're saying is

15   they'll consider filing it.  If your cooperation is good

16   enough, then they may file it.  Do you understand that?

17   A.    I understand, Your Honor.

18   Q.    Do you understand if they file it, the only person that

19   can grant the motion is me, and the only person that will

20   decide how much to depart, if at all, will be me again.  Do

21   you understand that?

22   A.    Fully understand, Your Honor.

23   Q.    Here your attorney can argue that I should depart further

24   than what the government says.  Do you understand that?

25   A.    I understand, Your Honor.

1    Q.   But, again, I will have the final decision on that.

2    A.   I understand, Your Honor.

3    Q.   No promises of any kind are being made to you.  Do you

4    understand that?

5    A.   Yes, Your Honor.

6    Q.   Are you in agreement with this?

7    A.   Yes, Your Honor.

8    Q.   Let's go on to subparagraph 13.  There you're saying

9    you're going to tell the Court what facts occurred and why

10   you're guilty of the charges against you.  Do you understand

11   that?

12   A.   Yes, Your Honor.

13   Q.   Okay.  Let's go on to subparagraph 14.  That tells you,

14   Mr. Gonzalez, what can happen if you disobey or go contrary to

15   this plea agreement.  Do you understand that?

16   A.   Yes, Your Honor.

17   Q.   In that case, the government can ask the Court to

18   consider that you have breached the agreement and that you

19   should lose the benefits of all the nonbinding recommendations

20   and promises made by the government in this case and that you

21   have no right to withdraw your guilty plea.  Do you understand

22   that?

23   A.   Yes, Your Honor.

24   Q.   Two, they could ask the Court to consider this agreement

25   null and void, no good, throw it away.  And then the

1    government can charge you and prosecute you for any and all

2    crimes you may have committed.  Do you understand that?

3    A.    I know.

4    Q.    Both are pretty bad.  Do you understand that?

5    A.    Yes, Your Honor.

6    Q.    So do you understand the importance of following all of

7    the conditions in this plea agreement?

8    A.    I understand, Your Honor.

9    Q.    And, again, you understand what can happen if you don't?

10   A.    Yes, Your Honor.

11   Q.    Mr. Gonzalez, are those the terms of your plea agreement

12   with the government as you understand them?

13   A.    Yes, Your Honor.

14   Q.    Has anyone, including your own lawyer, any lawyer for the

15   government, any government agent or anyone else made any other

16   or different promise or assurance to you of any kind in an

17   effort to induce or cause you to enter a plea of guilty in

18   this case?

19   A.    No, Your Honor.

20   Q.    Does your willingness to plead guilty result from prior

21   discussions between the government lawyer and you and your

22   lawyer?

23   A.    Could you repeat that again, Your Honor?

24   Q.    Mr. Gonzalez, you have a plea agreement right here; is

25   that correct?

```
 1     A.    Yes, Your Honor.  Yes, Your Honor.

 2     Q.    You read it?

 3     A.    Yes, Your Honor.

 4     Q.    You agree with it?

 5     A.    Yes, Your Honor.

 6     Q.    You sign it?

 7     A.    Yes, Your Honor.

 8     Q.    Where did you get it from?

 9     A.    From my attorney, Your Honor.

10     Q.    Did you talk to him about it?

11     A.    Yes, Your Honor.

12     Q.    Did the two of you come to an agreement on it?

13     A.    Yes, Your Honor.

14     Q.    Where did he get it from?

15     A.    From the government, Your Honor.

16     Q.    Did he talk to the government about it?

17     A.    Yes, Your Honor.

18     Q.    And as a result of all these discussions, is that why you

19     decided to plead guilty?

20     A.    Yes, Your Honor.

21     Q.    Listen to my question again.  Does your willingness to

22     plead guilty result from prior discussions between the

23     government lawyer and you and your lawyer?

24     A.    Yes, Your Honor.

25     Q.    Any questions about that?
```

1     A.    No, Your Honor.

2     Q.    Has anyone, including your own lawyer, any lawyer for the

3     government, any government agent or anyone else attempted in

4     any way to force you to plead guilty in this case?

5     A.    No, Your Honor.

6     Q.    Do you understand the -- strike that.

7           Do you understand that the offenses to which you're

8     pleading guilty are felony offenses?

9     A.    Yes, Your Honor.

10    Q.    Do you further understand that if your guilty plea is

11    accepted you will be adjudged guilty of those offenses?

12    A.    Yes, Your Honor.

13    Q.    Do you further understand that such adjudication may

14    deprive you of valuable civil rights, such as the right to

15    vote, the right to hold public office, the right to serve on a

16    jury and the right to possess any kind of firearm?

17    A.    Yes, Your Honor.

18          THE COURT:  Mr. Nozick, are there any crime victims

19    related to the crimes charged who are to be notified of their

20    rights pursuant to the Justice for All Act of the year 2004 as

21    codified in Title 18, United States Code, Section 3771?

22          MR. NOZICK:  Yes, Your Honor, the act has been complied

23    with.  The next of kin has waived their right to be present

24    today.

25          THE COURT:  So the statute has been complied with?

1            MR. NOZICK:  Yes, it has.

2    BY THE COURT:

3    Q.   Mr. Gonzalez, do you recall earlier you and I talked

4    about what would happen if you pled guilty to Counts One and

5    Two of the third superseding indictment, and I told you what

6    penalties you were facing?  I told you what was the maximum,

7    what was the minimum and that your sentence could be somewhere

8    in between.  Do you recall that?

9    A.   Yes, Your Honor.

10   Q.   Do you need me to repeat that?

11   A.   No, Your Honor.

12   Q.   Do you have any questions about it?

13   A.   No, Your Honor.

14           THE COURT:  Counsel, do either of you see any need for

15   any repetition or further explanation of minimum or maximum

16   penalties?

17           MR. NOZICK:  No, Your Honor.

18           MR. PARENT:  No, Judge.

19   BY THE COURT:

20   Q.   Mr. Gonzalez, have you and your attorney talked about how

21   the Sentencing Commission guidelines apply to your case?

22   A.   Yes, Your Honor.

23   Q.   Do you understand that the Court will not be able to

24   determine a guideline sentence for your case until after the

25   presentence report has been completed, and you and the

1    government have had an opportunity to challenge the facts

2    reported by the probation officer?

3    A.   Yes, Your Honor.

4    Q.   Do you further understand that after it has been

5    determined what guidelines apply to a case, the judge has the

6    authority in some circumstances to impose a sentence that is

7    more severe or less severe than the sentence called for by the

8    guidelines?

9    A.   Yes, Your Honor.

10   Q.   Do you also understand that in this case under some

11   circumstances the government may have a right to appeal any

12   sentence that I may impose, but that you have, for all

13   practical purposes, waived all of your rights to an appeal?

14   A.   Yes, Your Honor.

15   Q.   Do you further understand that if I accept your plea of

16   guilty and your plea agreement and the sentence is more severe

17   than you expected, you will still be bound by your plea and

18   will have no right to withdraw it?

19   A.   Yes, Your Honor.

20   Q.   Do you further understand that if I accept your plea of

21   guilty and your plea agreement but do not accept the

22   sentencing recommendations in your plea agreement, you will

23   still be bound by your plea and will have no right to withdraw

24   it?

25   A.   Yes, Your Honor.

1    Q.    And finally, Mr. Gonzalez, do you understand that parole

2    has been abolished and that if you are adjudged guilty and

3    sentenced in accordance with your plea agreement, you will

4    never, never, ever be released on parole.  There is no more

5    parole.  Do you understand that?

6    A.    Yes, Your Honor.

7    Q.    Now, Mr. Gonzalez, do you understand those possible

8    consequences of your plea?

9    A.    Yes, Your Honor.

10   Q.    Has anyone, including your own lawyer, any lawyer for the

11   government, any government agent or anyone else made any

12   prediction, prophecy or promise to you as to what your precise

13   sentence will be?

14   A.    No, Your Honor.

15   Q.    Do you further understand that you have a right to plead

16   not guilty to any offense charged against you and to persist

17   in that plea?

18   A.    Yes, Your Honor.

19   Q.    Do you further understand that you would then have a

20   right to a trial by jury, during which you would also have the

21   right to the assistance of counsel for your defense, the right

22   to present evidence at jury or bench trial, the right to see

23   and hear all of the witnesses and cross-examined in your

24   defense -- and have them cross-examined in your defense, the

25   right to -- on your own part to decline to testify unless you

1   voluntarily elected to do so in your own defense and the right

2   to the issuance of subpoenas or compulsory process to compel

3   the attendance of witnesses to testify in your defense?

4   A.   Yes, Your Honor.

5   Q.   Do you further understand that by entering a plea of

6   guilty, if that plea is accepted by the Court, there will be

7   no trial, and you will have waived or given up your right to a

8   trial, as well as those other rights associated with a trial

9   as I have just described to you?

10   A.   Yes, Your Honor.

11   Q.   Do you further understand that if you plead guilty you

12   will have to waive or give up your right not to incriminate

13   yourself because I may ask you questions about what you did in

14   order to satisfy myself that you are guilty as charged, and

15   you will have to acknowledge your guilt?

16   A.   Yes, Your Honor.

17   Q.   Now, Mr. Gonzalez, I want to inform you of the charges to

18   which you're entering a plea of guilty.  Do you understand

19   that Counts One and Two of the third superseding indictment

20   charge you with the crimes of, for Count One, conspiracy to

21   participate in racketeering activity and for Count Two,

22   conspiracy to possess with the intent to distribute and

23   distribute 5 kilograms or more of cocaine and 1,000 kilograms

24   or more of marijuana?

25   A.   Yes, Your Honor.

```
 1    Q.   Do you further understand that the essential elements of
 2    those offenses; in other words, what the government would have
 3    to prove at trial beyond a reasonable doubt are:  For Count
 4    One, first, that you knowingly conspired to conduct and
 5    participate in the conduct of the affairs of the Almighty
 6    Latin King and Queen Nation, an enterprise, through a pattern
 7    of racketeering activity described in Count One; second, that
 8    the Almighty Latin King and Queen Nation was an enterprise;
 9    and, third, that the activities of the Almighty Latin King and
10    Queen Nation would affect interstate commerce?
11    A.   Yes, Your Honor.
12    Q.   For Count Two, first, that the conspiracy as charged in
13    Count Two existed; and, second, that you knowingly became a
14    member of the conspiracy with an intention to further the
15    conspiracy?
16    A.   Yes, Your Honor.
17    Q.   Now, Mr. Gonzalez, you understand the two charges to
18    which you're pleading guilty?
19    A.   Yes, Your Honor.
20    Q.   Mr. Gonzalez, I want you to take a moment, get your
21    thoughts together, and then I want you to tell me, in your own
22    words, what happened and why are you guilty of these two
23    charges.
24         (WHEREUPON, discussion was had off the record between
25    counsel and defendant.)
```

```
 1              THE DEFENDANT:  I'm ready, Your Honor.

 2    BY THE COURT:

 3    Q.   Go ahead.

 4    A.   I'm guilty because I -- I participated with -- in the

 5    Latin Kings organization in posting up and patrolling and

 6    doing other activities that -- that require you to be a

 7    soldier of the Latin Kings, and also participated in

 8    distributing cocaine and marijuana as part of being a member

 9    of the Latin Kings.

10    Q.   Let's back up a little bit.  You say you belong to the

11    Latin King organization.  Is that also known as the Almighty

12    Latin King and Queen Nation?

13    A.   Yes, Your Honor.

14    Q.   Is that an organization that is situated in Indiana?

15    A.   No, Your Honor.  It's an organization that's situated in

16    Chicago on 99th and Ewing.

17    Q.   Well, do they have some members here in Indiana?

18    A.   Yes, Your Honor.

19    Q.   Do they have some members in all the other states of this

20    country for the most part?

21    A.   Yes, Your Honor.

22    Q.   Okay.  When did all of this occur?  When did it start and

23    when did it finish?

24    A.   Hold on a second, Your Honor.

25            (WHEREUPON, discussion was had off the record between
```

1    counsel and defendant.)

2         THE DEFENDANT:  Well, Your Honor, the indictment goes

3    back to 1989.

4    BY THE COURT:

5    Q.   You have to speak up.

6    A.   Your Honor, the indictment goes back to 1989, but my

7    involvement started in 2003 and ended in 2009.

8    Q.   Started in 2003 for you and ended when?

9    A.   In 2009.

10   Q.   Okay.  During that period of time, where did it occur?

11   A.   In Indiana and Chicago, Your Honor.

12   Q.   Okay.  Besides Chicago, are you talking about Chicago,

13   Illinois?

14   A.   Chicago, Illinois, Your Honor.

15   Q.   Where in Indiana?

16   A.   Hammond, Indiana, Your Honor.

17   Q.   Is that in the Northern District of Indiana?

18   A.   Yes, Your Honor.

19   Q.   During that period of time, were you a member of the

20   Latin Kings?

21   A.   Yes, Your Honor.

22   Q.   And the Almighty Queen Nation?

23   A.   Yes, Your Honor.

24   Q.   Okay.  What position did you have with them?

25   A.   I was a street soldier, Your Honor.

```
1    Q.    You were what?

2    A.    A soldier, Your Honor.

3    Q.    Soldier?

4    A.    Yes, Your Honor.

5    Q.    Okay.  During that period of time, what activities did

6    the Latin King -- I'm going to refer to them only as Latin

7    Kings only.  What activities did they do?  What were they

8    involved in?

9          MR. PARENT:  Use your own words.

10         THE DEFENDANT:  Anywhere from selling drugs to murder.

11   BY THE COURT:

12   Q.    Okay.  Okay.  Let's stand up and let's back up a little

13   bit.  You say anywhere from selling drugs.  What kind of

14   drugs?

15   A.    Marijuana, cocaine.

16   Q.    Are those narcotic-controlled substances?

17   A.    Yes, Your Honor.

18   Q.    Okay.  And you say and murder?

19   A.    Yes.

20   Q.    Murder of individuals?

21   A.    Yes, Your Honor.

22   Q.    Did they commit robberies?

23   A.    Yes, Your Honor.

24   Q.    Burglaries?

25   A.    Yes, Your Honor.
```

1    Q.    Anything else?

2    A.    No, Your Honor.

3    Q.    Okay.  And what did you do as a soldier during that

4    period of time?

5    A.    I participated in posting up and patrolling the

6    neighborhood that I was assigned to, Your Honor.

7    Q.    You participated in the neighborhood?

8    A.    I participated in patrolling the neighborhood that I

9    belonged to from the Latin Kings.

10    Q.    Okay.  You say patrolling it.  What do you mean by that?

11    A.    Posting up, Your Honor.  Posting up, Your Honor.

12              MR. PARENT:  Explain to him what that means.

13              THE DEFENDANT:  Being in the neighborhood and just --

14    just patrolling it from other rival gangs, Your Honor.

15    BY THE COURT:

16    Q.    Why did you do that?

17    A.    It was part of being a Latin King, Your Honor.

18    Q.    Why did the Latin Kings do it?  Why did they want you

19    there?

20    A.    To defend it from other rival gang members and to

21    distribute narcotics.

22    Q.    And during that period of time, were the Latin Kings

23    selling drugs?

24    A.    Yes, Your Honor.

25    Q.    And were they selling cocaine and marijuana?

```
1    A.    Yes, Your Honor.

2    Q.    Did you sell any of these drugs?

3    A.    Yes, Your Honor.

4    Q.    Which ones did you sell?

5    A.    Marijuana, Your Honor.

6    Q.    Okay.  And the cocaine and the marijuana that they sold,

7    how much did they sell during that period of time?

8    A.    According to the indictment, they sold anywhere from

9    5 kilos of cocaine to a thousand kilograms of marijuana.

10   Q.    Okay.  To the best of your knowledge and what you saw,

11   did they sell at least that amount of cocaine and marijuana?

12   A.    I believe so, Your Honor.

13   Q.    Okay.  They sold quite a bit?

14   A.    Yes, Your Honor.

15   Q.    And that was foreseeable?

16   A.    Yes, Your Honor.

17   Q.    Okay.  Did you patrol your neighborhood, your section or

18   your area, to try to make the Latin Kings successful in being

19   able to sell these drugs?

20   A.    Yes, Your Honor.

21   Q.    Okay.  And where was your section that you patrolled?

22   A.    On 99th and Ewing -- 99th and Ewing, Chicago, Illinois,

23   Your Honor.

24   Q.    Anywhere else?

25   A.    No, Your Honor.
```

1    Q.   And where was it that you sold the marijuana?

2    A.   In Indiana, Your Honor.

3    Q.   Where in Indiana?

4    A.   Hammond, Indiana.

5    Q.   Okay.  And did the Latin Kings do all of their activities

6    both, among other places, in Chicago and in the Northern

7    District of Indiana?

8    A.   I believe so, Your Honor.

9    Q.   Okay.  Did you do all of this knowingly and voluntarily?

10    A.   Yes, Your Honor.

11    Q.   Anybody force you to do it?

12    A.   No, Your Honor.

13    Q.   And did you know that it was against the law to possess

14    and sell these drugs?

15    A.   Yes, Your Honor.

16    Q.   And, yet, you assisted the Latin Kings in doing that?

17    A.   Yes, Your Honor.

18    Q.   Were you involved in any way with regards to any of the

19    murders?

20    A.   Yes, Your Honor.

21    Q.   What did you do?

22    A.   I participated in a murder, Your Honor.

23    Q.   How did you do that?

24    A.   By being present.  By being present, Your Honor.

25    Q.   Okay.  Did you do the actual killing?

```
 1    A.   No, Your Honor.

 2    Q.   Okay.  Did you drive somebody?

 3    A.   No, Your Honor.

 4    Q.   Were you with the people that were doing the killing?

 5    A.   Yes, Your Honor.

 6    Q.   And who was it that you were with?

 7    A.   Gabriel Jalomos.

 8    Q.   Okay.  And who was it that was killed?

 9    A.   Jose Cortez.

10    Q.   Anybody else that was there?

11    A.   Yes, Your Honor.  Emiliano Esparza was there.  Sergio

12    Robles was involved.  And Paulino Salazar was involved, also.

13    Q.   And who did the killing?

14    A.   Gabriel Jalomos.

15    Q.   Were you there to help the individuals that were going to

16    do the killing?

17    A.   Yes, Your Honor.

18    Q.   Were you there to be able to assist the Latin Kings in

19    getting this person killed?

20    A.   Yes, Your Honor.

21    Q.   Was there anything else you did for the Latin Kings?

22    A.   At that time, Your Honor?

23    Q.   During that period of time.

24    A.   I just assisted them in whatever I was asked to do.

25    Q.   You assisted them by doing all the activities they wanted
```

```
 1     you to do?

 2     A.   Yes, Your Honor.

 3     Q.   Anything else?

 4     A.   No, Your Honor.

 5     Q.   Did you assist them at all with any of the robberies or

 6     burglaries?

 7     A.   No, Your Honor.

 8     Q.   Did they also beat up people from time to time?

 9     A.   Yes, Your Honor.

10     Q.   Did you assist them on that?

11     A.   Yes, Your Honor.

12     Q.   In Chicago and in Indiana-- in the Northern District of

13     Indiana?

14     A.   Yes, Your Honor.

15     Q.   Anything else you want to add?

16     A.   No, Your Honor.

17          THE COURT:  Mr. Parent, anything else you want to add?

18          MR. PARENT:  Yes, Judge.  The only thing I also would

19     ask my client, if I might, isn't it true that on this

20     particular time when Jose Cortez was -- was shot and killed by

21     Gabriel Jalomos, you were in possession of a 9 millimeter gun,

22     correct?

23          THE DEFENDANT:  Yes.

24          MR. PARENT:  And though you didn't shoot Mr. Cortez,

25     you did fire shots at that same incident, correct?
```

1          THE DEFENDANT:  Yes.

2          THE COURT:  And you had admitted to that in the plea

3     agreement --

4          THE DEFENDANT:  Yes.

5          THE COURT:  -- that you had a firearm.

6       Thank you, Mr. Parent.

7          MR. PARENT:  And I think that's all I had to add.

8          THE COURT:  Mr. Gonzalez, I want you to take a look at

9     Mr. Nozick because I'm going to ask Mr. Nozick what, in

10    summary, are the facts that the government would be prepared

11    to prove at trial as to each of the counts to which you're

12    intending to plead guilty to.  I want you to listen very

13    carefully to what Mr. Nozick says because when he finishes,

14    I'm going to ask you whether or not you agree with everything

15    he says, and if you don't agree with everything, what it is

16    you disagree with.  Do you understand that?

17         THE DEFENDANT:  Yes, Your Honor.

18         THE COURT:  So listen very carefully.

19       Mr. Nozick, what, in summary, are the facts the

20    government would be prepared to prove at trial as to the

21    counts to -- as to each of the counts to which the defendant

22    is intending to plead guilty?  And I want you to take the

23    counts separately; okay?

24         MR. NOZICK:  Yes, Your Honor.

25       If the government proceeded to trial, we would prove

1    beyond a reasonable doubt as to Count One that the Latin

2    Kings, including its associates, constituted an enterprise as

3    defined in the statute 18 U.S.C. 1961(4), that is a group of

4    individuals associated in fact.  The Latin Kings constituted

5    an ongoing organization whose members functioned as a

6    continuing unit for the purpose of achieving the objectives of

7    the enterprise, and the enterprise was engaged in and its

8    activities affected interstate commerce.

9        During the course of the conspiracy, this defendant was a

10   soldier in the 99th Street faction of the Latin Kings.  That

11   chapter is based in Chicago, Illinois.  As a member of the

12   99th Street Latin Kings, he regularly attended meetings.  At

13   these meetings, he and others would pay dues.  The dues would

14   go to, amongst other things, purchasing more narcotics and

15   purchasing firearms in order to protect their drug trade.  At

16   these meetings, they would also regularly discuss gang

17   business, including drug trafficking, murders and robberies.

18       As a member of the 99th Street Latin Kings, the defendant

19   had to post up and patrol in his neighborhood.  That means

20   either he's armed or someone with him is armed and they patrol

21   the neighborhood on the lookout for rival gang members and

22   police.  In doing so, he would be furthering the activities of

23   the Latin Kings, particularly the drug trade of the Latin

24   Kings, protecting their turf, if you will, against rival

25   gangs.

1          In addition, on May 25, 2008, the defendant participated

2     in the murder of Jose Cortez outside of a bar in East Chicago,

3     Indiana.   This defendant was driven by Emiliano Esparza, a

4     defendant who pled guilty last week.   Gabriel Jalomos, who

5     previously pled guilty in this court, he was the shooter who

6     killed the victim with an AK-47.   This defendant, possessing a

7     9 millimeter pistol, also fired shots.   He was assisting

8     Jalomos and others in this homicide.   In the other car were

9     codefendants Sergio Robles, also known as Checko, Paulino

10    Salazar and others also contributed and assisted in the

11    planning of this.

12         The drug trade, the beatings, the murders and the

13    robberies occurred both in Chicago and in the Northern

14    District of Indiana in Hammond, East Chicago and also in other

15    towns.

16         As far as Count Two goes, that's the narcotics

17    conspiracy.   During the times the defendant -- strike that.

18         During the times charged in the indictment and while the

19    defendant was a member, the Latin Kings were involved in the

20    business of selling large amounts of cocaine, marijuana and

21    other narcotics through *Pinkerton* liability.   That is, this

22    defendant is liable for the amounts reasonably foreseeable to

23    him.   The Latin Kings people that he was working with easily

24    sold 150 kilos or more of cocaine and over a thousand kilos or

25    more of marijuana.   These drug sales occurred both in Chicago,

1    south suburbs, and the Northern District of Indiana, including

2    Hammond and East Chicago.  This defendant himself was involved

3    in the sale of large amounts of marijuana.

4        That is all.

5    BY THE COURT:

6    Q.   Mr. Gonzalez, did you listen and pay close attention to

7    the government's summary of facts constituting the crimes

8    charged for both Counts One and Two of the third superseding

9    indictment?

10   A.   Yes, Your Honor.

11   Q.   Do you agree with the government's summary of facts

12   constituting the crimes charged?

13   A.   Yes, Your Honor.

14   Q.   Any part of it you disagree with?

15   A.   No, Your Honor.

16   Q.   Do you agree that you attended meetings, paid dues and

17   carried weapons on behalf of the Latin Kings?

18   A.   Yes, Your Honor.

19   Q.   Do you agree that you sold drugs on behalf of the Latin

20   Kings?

21   A.   Yes, Your Honor.

22   Q.   And you already have indicated that you assisted in the

23   murder of at least one individual?

24   A.   Yes, Your Honor.

25   Q.   Anything else you want to add?

```
 1        A.    No, Your Honor.

 2              THE COURT:  Counsel, are both of you satisfied that the

 3        defendant is making a knowing and voluntary plea supported by

 4        an independent basis in fact containing each of the essential

 5        elements of each of these two charges?

 6              MR. NOZICK:  Yes, Your Honor.

 7              MR. PARENT:  Yes, Judge.

 8              THE COURT:  Mr. Gonzalez, how do you now plead to the

 9        charge in Count One of the third superseding indictment,

10        guilty or not guilty?

11              THE DEFENDANT:  Guilty, Your Honor.

12              THE COURT:  Mr. Gonzalez, how do you now plead to the

13        charge in Count Two of the third superseding indictment,

14        guilty or not guilty?

15              THE DEFENDANT:  Guilty, Your Honor.

16              THE COURT:  And, Mr. Gonzalez, are you also known by

17        the name of Puppet?

18              THE DEFENDANT:  Yes, Your Honor.

19              THE COURT:  It is the finding of the Court in the case

20        of the United States of America versus Oscar Gonzalez, also

21        known as Puppet, that the defendant Oscar Gonzalez, also known

22        as Puppet, is fully competent and capable of entering an

23        informed plea and that his plea of guilty to the charges

24        contained in Counts One and Two of the third superseding

25        indictment is a knowing and voluntary plea supported by an
```

1     independent basis in fact containing each of the essential

2     elements of the offenses.  The plea is therefore accepted, and

3     the defendant is now adjudged guilty of Counts One and Two of

4     the third superseding indictment.  I am deferring my decision

5     on acceptance or rejection of your plea agreement until after

6     I've had an opportunity for study of the presentence report.

7     Do you understand?

8               THE DEFENDANT:  Yes, Your Honor.

9               THE COURT:  Mr. Gonzalez, a written presentence report

10    will be prepared by the probation office to assist me in

11    sentencing.  You will be required to give information for the

12    report, and your lawyer may be present if you wish.  I'll

13    advise you at the sentencing hearing whether I accept or

14    reject your plea agreement.  You and your lawyer shall be

15    afforded the opportunity to speak on your behalf at the

16    sentencing hearing.  The Court shall permit you and your

17    lawyer to read the presentence report before the sentencing

18    hearing and, in fact, a copy of that report will be given to

19    you.  Do you understand that?

20              THE DEFENDANT:  Yes, Your Honor.

21              THE COURT:  I therefore refer this defendant to the

22    probation office for a presentence investigation and report

23    pursuant to the Federal Rules of Criminal Procedure 32(c)(1).

24        Mr. Parent, right behind you there is a gentleman from

25    the probation department.  I would appreciate it if before you

1     leave the courthouse today you make arrangements with him to

2     get him the information necessary for preparation of the

3     presentence investigation report.

4               MR. PARENT:  Yes, sir.

5               THE COURT:  And, Mr. Parent and Mr. Nozick, I am also

6     issuing an order regarding presentence procedures.  I expect

7     both of you to read that order and comply with it.  I expect

8     both of you on a timely basis to provide information to the

9     probation department so that a presentence investigation and

10    report may be prepared, and also on a timely basis and in

11    writing, advise the probation department if you have any

12    objections to the presentence investigation report so that if

13    there are any objections, appropriate procedures may be taken.

14    Do each of you understand?

15              MR. NOZICK:  I understand.

16              MR. PARENT:  Yes, Judge.

17              THE COURT:  And, Counsel, do you understand that

18    failure to abide by that may result either in the waiver of an

19    issue and/or sanctions?

20              MR. PARENT:  Yes.  I'm not going to cross you, Judge.

21              MR. NOZICK:  I understand.

22              THE COURT:  Disposition date for sentencing is set for

23    January 30th of the year 2013 at 2:00 in the afternoon, with

24    the understanding that the sentencing date may be continued in

25    the event the cooperation is not complete.

```
1            Mr. Parent, is that time and date convenient for you?

2            MR. PARENT:  If I may, strangely I know that I'm going

3     on vacation in January of 2013 right at the end of the month.

4     If I may have just a moment.  I want to make sure that's not a

5     Martin Luther King weekend.  It appears the 30th is a

6     Wednesday.  We're good, Judge.

7            THE COURT:  Mr. Nozick?

8            MR. NOZICK:  That's fine, Your Honor.

9            THE COURT:  Mr. Gonzalez, you understand you must be in

10    this courtroom, unless otherwise ordered by the Court, at 2:00

11    in the afternoon on the 30th day of January of the year 2013.

12    Because you're in custody at this time, the marshal service

13    will see to it that you are brought here at that time.  Do you

14    understand that?

15           THE DEFENDANT:  Yes, Your Honor.

16           THE COURT:  Mr. Gonzalez, I am deferring my decision on

17    acceptance or rejection of your plea agreement until the time

18    set for sentencing and after opportunity for study of the

19    presentence report.  If the terms of your plea agreement are

20    then accepted, I will so advise you.  If the terms of your

21    plea agreement are rejected, I will also advise you and then

22    afford you an opportunity to withdraw your plea of guilty,

23    reinstate your plea of not guilty and proceed to trial.  Do

24    you understand that?

25           THE DEFENDANT:  Yes, Your Honor.
```

```
 1              THE COURT:  Mr. Gonzalez, I've asked you a lot of
 2    questions this afternoon.  Do you have any questions about
 3    anything I've asked you?
 4              THE DEFENDANT:  No, Your Honor.
 5              THE COURT:  Any questions about your case?
 6              THE DEFENDANT:  No, Your Honor.
 7              THE COURT:  Counsel, is there anything further that
 8    needs to be done on this case at this time?
 9              MR. PARENT:  No.
10              THE COURT:  Marshals are ordered to take custody of the
11    defendant pending sentencing.
12              MR. NOZICK:  Thank you, Judge.
13              MR. PARENT:  Thank you, Judge.
14         (End of requested transcript.)
15
                          CERTIFICATE OF REPORTER
16
          I, Kelly M. Fitzgerald, a Registered Merit Reporter and
17    Certified Realtime Reporter, certify that the foregoing is a
      true, complete, and accurate transcript of the proceedings
18    ordered to be transcribed in the above-entitled case before
      the Honorable Rudy Lozano, in Hammond, Indiana, on June 26,
19    2012.
20    s/Kelly M. Fitzgerald                  June 27, 2013
      _____
21    Kelly M. Fitzgerald, Official Reporter               Date
22
23
24
25
```

**$**

**$10** [1] - 16:18
**$10,000,000** [1] - 27:19
**$100** [7] - 12:23, 15:7, 15:11, 16:19, 17:2, 27:16, 27:20
**$250,000** [1] - 15:5, 27:14

**1**

**1** [2] - 5:12, 19:1
**1,000** [3] - 15:25, 25:3, 42:23
**10** [2] - 10:16, 29:12
**11** [3] - 10:17, 30:21, 33:21
**11th** [1] - 9:2, 9:4
**12** [3] - 10:17, 33:20, 33:22
**13** [2] - 10:17, 35:8
**14** [2] - 10:17, 35:13
**150** [2] - 25:2, 54:24
**1500** [1] - 1:11
**18** [5] - 11:21, 33:25, 34:3, 38:21, 53:3
**1961(4** [1] - 53:3
**1962(d** [1] - 11:21
**1974** [1] - 29:18
**1987** [1] - 19:1
**1989** [2] - 45:3, 45:6
**1990** [1] - 8:22

**2**

**2/21/90** [1] - 8:20
**2003** [2] - 45:7, 45:8
**2004** [1] - 38:20
**2008** [1] - 54:1
**2009** [2] - 45:7, 45:9
**2012** [3] - 1:9, 3:8, 60:19
**2013** [4] - 58:23, 59:3, 59:11, 60:20
**21** [2] - 8:22, 16:4
**219-681-6497** [1] - 1:15
**219-852-3616** [1] - 1:20
**219-937-5500** [1] - 1:12
**22** [1] - 8:18
**25** [1] - 54:1
**26** [2] - 1:9, 60:18
**260** [1] - 1:14

**26th** [1] - 3:8
**27** [1] - 60:20
**2:00** [2] - 58:23, 59:10
**2:10-CR-109** [2] - 1:5, 2:18
**2A1.1(a** [1] - 26:19
**2D1.1(b)(1** [1] - 25:23
**2D1.1(c** [1] - 25:1
**2D1.1(d)(1** [1] - 26:18
**2E1.1** [2] - 25:23, 26:18

**3**

**3** [2] - 10:13, 11:13
**30th** [3] - 58:23, 59:5, 59:11
**32(c)(1)** [1] - 57:23
**3553(e** [1] - 34:4
**3553(e)** [1] - 34:1
**3771** [1] - 38:21

**4**

**4082** [1] - 1:19
**46320** [2] - 1:12, 1:19
**46410** [1] - 1:15
**47** [1] - 7:13
**4732** [2] - 7:13, 7:18

**5**

**5** [3] - 15:24, 42:23, 48:9
**5400** [2] - 1:11, 1:19
**5K1.1** [1] - 33:24

**7**

**7** [1] - 10:15
**7(a)** [1] - 11:13

**8**

**8** [2] - 10:16, 17:16
**846** [1] - 16:4

**9**

**9** [5] - 10:16, 27:5, 51:21, 54:7
**90th** [1] - 1:14
**99th** [6] - 44:16,

48:22, 53:10, 53:12, 53:18

**A**

**abide** [3] - 5:9, 5:10, 58:18
**able** [9] - 9:6, 9:8, 9:11, 9:17, 28:19, 30:3, 39:23, 48:19, 50:18
**abolished** [1] - 41:2
**above-entitled** [1] - 60:18
**accept** [4] - 40:15, 40:20, 40:21, 57:13
**acceptance** [6] - 21:19, 22:17, 22:20, 23:8, 57:5, 59:17
**accepted** [5] - 21:11, 38:11, 42:6, 57:2, 59:20
**accordance** [1] - 41:3
**according** [1] - 48:8
**accurate** [1] - 60:17
**achieving** [1] - 53:6
**acknowledge** [1] - 42:15
**acknowledged** [1] - 27:10
**act** [1] - 38:22
**Act** [3] - 29:18, 38:20
**activities** [8] - 43:9, 44:6, 46:5, 46:7, 49:5, 50:25, 53:8, 53:22
**activity** [3] - 11:18, 42:21, 43:7
**actual** [1] - 49:25
**add** [4] - 51:15, 51:17, 52:7, 55:25
**addiction** [1] - 9:22
**addition** [4] - 12:22, 13:7, 13:13, 54:1
**adjudged** [3] - 38:11, 41:2, 57:3
**adjudication** [1] - 38:13
**Administration** [2] - 8:3, 8:9
**admit** [1] - 21:21
**admitted** [1] - 52:2
**admitting** [2] - 25:7, 26:14
**adverse** [1] - 8:2
**advice** [1] - 10:9
**advise** [4] - 57:13, 58:11, 59:20, 59:21
**advised** [2] - 2:22,

3:3
**advisory** [1] - 19:18
**affairs** [1] - 43:5
**affect** [1] - 43:10
**affected** [1] - 53:8
**afford** [1] - 59:22
**afforded** [1] - 57:15
**afternoon** [3] - 58:23, 59:11, 60:2
**agent** [3] - 36:15, 38:3, 41:11
**agree** [17] - 23:11, 24:7, 25:17, 25:24, 26:10, 31:11, 31:12, 32:6, 32:10, 37:4, 52:14, 52:15, 55:11, 55:16, 55:19
**agreeing** [3] - 25:1, 25:22, 26:6
**agreement** [43] - 3:3, 3:5, 3:12, 3:22, 4:6, 4:14, 4:24, 10:13, 11:7, 11:10, 11:13, 12:3, 14:25, 15:17, 16:10, 18:9, 18:17, 23:4, 23:14, 24:23, 27:1, 29:10, 30:19, 33:8, 33:18, 35:6, 35:15, 35:18, 35:24, 36:7, 36:11, 36:24, 37:12, 40:16, 40:21, 40:22, 41:3, 52:3, 57:5, 57:14, 59:17, 59:19, 59:21
**agreements** [1] - 17:17
**ahead** [2] - 8:21, 44:3
**aided** [1] - 1:21
**AK-47** [1] - 54:6
**alcoholic** [1] - 9:25
**allow** [2] - 18:9, 20:2
**allowed** [1] - 23:3
**Almighty** [5] - 43:5, 43:8, 43:9, 44:11, 45:22
**AMERICA** [1] - 1:4
**America** [3] - 2:17, 12:24, 56:20
**amnesia** [1] - 31:25
**amount** [6] - 16:25, 25:3, 25:5, 25:8, 25:14, 48:11
**amounts** [3] - 54:20, 54:22, 55:3
**amplifying** [3] - 6:17, 6:19, 6:20
**answer** [5] - 6:1, 7:6, 29:1, 30:14, 33:3
**answers** [1] - 7:7

**appeal** [6] - 27:7, 28:3, 28:12, 28:19, 40:11, 40:13
**appeals** [1] - 27:6
**applicable** [1] - 23:18
**apply** [4] - 19:8, 19:17, 39:21, 40:5
**applying** [1] - 19:8
**appreciate** [1] - 57:25
**appropriate** [1] - 58:13
**approve** [6] - 11:9, 12:2, 16:9, 29:9, 30:18, 33:7
**approving** [4] - 3:21, 4:5, 4:14, 4:23
**area** [1] - 48:18
**argue** [2] - 24:10, 34:23
**armed** [2] - 53:20
**arrangements** [1] - 58:1
**assessment** [9] - 12:20, 12:23, 13:4, 15:8, 15:12, 16:19, 17:2, 27:16, 27:21
**assigned** [1] - 47:6
**assist** [5] - 9:12, 50:18, 51:5, 51:10, 57:10
**assistance** [1] - 41:21
**Assistant** [3] - 2:20, 4:10, 4:17
**assisted** [5] - 49:16, 50:24, 50:25, 54:10, 55:22
**assisting** [4] - 31:2, 31:4, 54:7
**associated** [2] - 42:8, 53:4
**associates** [1] - 53:2
**assume** [1] - 4:11
**assurance** [1] - 36:16
**attempted** [1] - 38:3
**attempting** [2] - 22:5, 22:22
**attendance** [1] - 42:3
**attended** [2] - 53:12, 55:16
**attention** [1] - 55:6
**attorney** [27] - 2:19, 3:25, 4:18, 6:7, 6:11, 6:18, 7:25, 9:11, 9:12, 10:6, 10:10, 10:20, 11:3, 18:5, 19:21, 20:3, 21:24, 23:7,

24:10, 28:24, 29:21, 30:11, 32:25, 34:9, 34:23, 37:9, 39:20
**Attorney** [5] - 2:20, 4:9, 4:10, 4:17, 30:22
**Attorney's** [1] - 1:11
**authority** [2] - 19:14, 40:6
**Avenue** [2] - 7:13, 7:18

## B

**bad** [2] - 33:11, 36:4
**bar** [1] - 54:2
**base** [1] - 6:18
**based** [7] - 12:9, 12:10, 15:2, 15:3, 16:15, 53:11
**basis** [4] - 56:4, 57:1, 58:8, 58:10
**beat** [1] - 51:8
**beatings** [1] - 54:12
**became** [2] - 19:1, 43:13
**BEFORE** [1] - 1:8
**behalf** [3] - 55:17, 55:19, 57:15
**behind** [1] - 57:24
**belong** [1] - 44:10
**belonged** [1] - 47:9
**below** [5] - 3:24, 4:8, 24:11, 24:15, 34:5
**bench** [1] - 41:22
**bending** [2] - 7:2, 7:4
**benefits** [1] - 35:19
**best** [1] - 48:10
**better** [1] - 5:18
**between** [9] - 12:13, 15:14, 17:5, 17:6, 36:21, 37:22, 39:8, 43:24, 44:25
**beverage** [1] - 9:25
**beyond** [2] - 43:3, 53:1
**big** [1] - 33:23
**binding** [2] - 17:18, 17:21
**birth** [1] - 8:19
**bit** [6] - 7:14, 17:11, 33:21, 44:10, 46:13, 48:13
**blue** [1] - 34:10
**bottom** [1] - 18:12
**bound** [3] - 18:12, 40:17, 40:23
**breached** [1] - 35:18
**Brewer** [1] - 4:17
**bring** [1] - 7:3

**brought** [1] - 59:13
**Bruce** [5] - 1:13, 1:14, 2:19, 3:24, 4:1
**burglaries** [2] - 46:24, 51:6
**business** [2] - 53:17, 54:20
**button** [2] - 6:18, 6:19
**BY** [10] - 5:7, 9:20, 10:24, 39:2, 39:19, 44:2, 45:4, 46:11, 47:15, 55:5

## C

**c)** [1] - 15:19
**candidly** [2] - 31:13, 32:7
**cannot** [1] - 9:15
**capable** [1] - 56:22
**Capp** [1] - 4:9
**car** [1] - 54:8
**carefully** [3] - 31:12, 52:13, 52:18
**carried** [1] - 55:17
**carry** [1] - 8:7
**case** [38] - 2:16, 2:25, 9:9, 9:12, 10:4, 10:5, 10:9, 12:7, 14:6, 14:20, 18:20, 19:8, 19:9, 19:17, 20:6, 20:13, 22:15, 23:19, 23:25, 26:19, 27:8, 27:10, 29:15, 33:23, 34:13, 35:17, 35:20, 36:18, 38:4, 39:21, 39:24, 40:5, 40:10, 54:19, 60:5, 60:8, 60:18
**cases** [1] - 27:7
**catch** [1] - 2:12
**certain** [3] - 13:10, 14:3, 32:3
**CERTIFICATE** [1] - 60:15
**Certified** [1] - 60:17
**certify** [1] - 60:17
**challenge** [1] - 40:1
**CHANGE** [1] - 1:8
**change** [1] - 28:14
**chapter** [1] - 53:11
**charge** [5] - 12:22, 36:1, 42:20, 56:9, 56:13
**charged** [8] - 14:21, 38:19, 41:16, 42:14, 43:12, 54:18, 55:8, 55:12

**charges** [10] - 10:4, 10:5, 11:17, 15:23, 35:10, 42:17, 43:17, 43:23, 56:5, 56:23
**Checko** [1] - 54:9
**Chicago** [14] - 44:16, 45:11, 45:12, 45:14, 48:22, 49:6, 51:12, 53:11, 54:2, 54:13, 54:14, 54:25, 55:2
**circumstances** [5] - 16:24, 17:13, 21:14, 40:6, 40:11
**citizen** [2] - 7:21, 7:23
**city** [1] - 7:19
**civil** [1] - 38:14
**clean** [1] - 31:5
**client** [2] - 2:23, 51:19
**close** [1] - 55:6
**closer** [1] - 7:3
**co** [1] - 5:1
**co-counsel** [1] - 5:1
**cocaine** [11] - 15:25, 25:3, 42:23, 44:8, 46:15, 47:25, 48:6, 48:9, 48:11, 54:20, 54:24
**Code** [5] - 11:21, 16:4, 34:1, 34:3, 38:21
**codefendants** [1] - 54:9
**codified** [1] - 38:21
**combination** [4] - 15:6, 16:18, 27:14, 27:19
**coming** [1] - 2:5
**commerce** [2] - 43:10, 53:8
**commission** [1] - 21:12
**Commission** [2] - 18:23, 39:21
**commit** [1] - 46:22
**committed** [1] - 36:2
**compel** [1] - 42:2
**competent** [1] - 56:22
**complete** [2] - 58:25, 60:17
**completed** [1] - 39:25
**completely** [2] - 31:13, 32:7
**complied** [2] - 38:22, 38:25
**complies** [1] - 10:22
**comply** [1] - 58:7

**compulsory** [1] - 42:2
**computer** [1] - 1:21
**computer-aided** [1] - 1:21
**conditions** [7] - 13:10, 13:11, 13:17, 14:3, 14:4, 14:10, 36:7
**conduct** [4] - 21:22, 21:24, 43:4, 43:5
**confer** [1] - 9:11
**connection** [1] - 25:25
**consequence** [1] - 8:2
**consequences** [2] - 8:8, 41:8
**consider** [5] - 20:13, 23:23, 34:15, 35:18, 35:24
**consideration** [2] - 20:1, 20:6
**conspiracy** [9] - 11:17, 15:23, 42:20, 42:22, 43:12, 43:14, 43:15, 53:9, 54:17
**conspired** [1] - 43:4
**constantly** [1] - 7:4
**constituted** [2] - 53:2, 53:4
**constituting** [2] - 55:7, 55:12
**contained** [2] - 3:12, 56:24
**containing** [4] - 25:3, 25:4, 56:4, 57:1
**contains** [1] - 3:6
**continue** [1] - 22:20
**continued** [1] - 58:24
**continuing** [2] - 21:20, 53:6
**contrary** [1] - 35:14
**contributed** [1] - 54:10
**controlled** [1] - 46:16
**convenient** [2] - 31:25, 59:1
**conveniently** [1] - 32:3
**conviction** [4] - 8:1, 8:7, 26:1, 27:8
**Cooley** [4] - 2:1, 2:3, 4:18, 5:1
**Cooley's** [1] - 4:21
**cooperate** [5] - 30:22, 30:24, 30:25, 31:12, 32:6
**cooperation** [3] -

33:11, 34:15, 58:25
**copy** [6] - 3:3, 10:2, 30:2, 57:18
**correct** [10] - 11:15, 11:18, 11:22, 15:21, 16:1, 16:4, 26:21, 36:25, 51:22, 51:25
**Cortez** [1] - 50:9, 51:20, 51:24, 54:2
**counsel** [7] - 5:1, 10:8, 28:7, 41:21, 43:25, 45:1, 56:2
**Counsel** [3] - 39:14, 58:17, 60:7
**Count** [26] - 11:14, 11:24, 12:1, 12:6, 12:17, 14:6, 15:2, 15:20, 16:6, 16:8, 16:13, 16:14, 16:25, 24:16, 27:13, 27:18, 42:20, 42:21, 43:3, 43:7, 43:12, 43:13, 53:1, 54:16, 56:9, 56:13
**count** [4] - 12:10, 12:21, 15:3, 16:15
**country** [3] - 31:20, 31:21, 44:20
**Counts** [8] - 2:24, 8:12, 27:23, 39:4, 42:19, 55:8, 56:24, 57:3
**counts** [4] - 52:11, 52:21, 52:23
**course** [5] - 13:20, 14:13, 15:14, 17:5, 53:9
**court** [1] - 54:5
**COURT** [56] - 1:1, 2:1, 2:5, 2:8, 2:11, 2:14, 2:16, 3:2, 3:14, 3:19, 3:21, 3:24, 4:5, 4:8, 4:13, 4:16, 4:23, 5:1, 5:3, 5:7, 9:14, 9:18, 9:20, 10:24, 38:18, 38:25, 39:2, 39:14, 39:19, 44:2, 45:4, 46:11, 47:15, 51:17, 52:2, 52:5, 52:8, 52:18, 55:5, 56:2, 56:8, 56:12, 56:16, 56:19, 57:9, 57:21, 58:5, 58:17, 58:22, 59:7, 59:9, 59:16, 60:1, 60:5, 60:7, 60:10
**Court** [30] - 1:17, 1:18, 1:18, 3:4, 13:11, 13:18, 14:4, 14:11, 14:21, 17:18, 17:19,

17:21, 17:22, 19:24, 20:2, 22:16, 29:3, 30:16, 33:5, 34:2, 35:9, 35:17, 35:24, 39:23, 42:6, 56:19, 57:16, 59:10
**Court's** [2] - 20:4, 20:5
**courthouse** [1] - 58:1
**courtroom** [1] - 59:10
**cover** [2] - 12:15, 17:11
**crime** [5] - 19:1, 20:25, 21:12, 21:21, 38:18
**crimes** [7] - 22:4, 22:24, 36:2, 38:19, 42:20, 55:7, 55:12
**Criminal** [2] - 2:18, 57:23
**criminal** [4] - 8:1, 20:15, 27:7, 32:8
**cross** [3] - 41:23, 41:24, 58:20
**cross-examined** [2] - 41:23, 41:24
**CRR** [1] - 1:17
**custody** [2] - 59:12, 60:10

## D

**d)** [1] - 25:22
**dangerous** [1] - 32:23
**date** [4] - 8:19, 58:22, 58:24, 59:1
**Date** [1] - 60:21
**david** [1] - 1:10
**David** [3] - 2:20, 4:9
**days** [1] - 22:8
**deal** [1] - 34:1
**deals** [3] - 12:5, 16:12, 27:6
**decide** [2] - 19:25, 34:20
**decided** [7] - 18:21, 19:5, 19:9, 20:6, 23:19, 23:24, 37:19
**deciding** [1] - 26:3
**decision** [12] - 20:3, 23:9, 24:4, 25:14, 26:8, 27:3, 28:24, 30:12, 33:1, 35:1, 57:4, 59:16
**decline** [1] - 41:25
**deduction** [1] - 22:16

**defend** [1] - 47:20
**defendant** [25] - 2:18, 2:23, 3:11, 3:25, 5:5, 10:22, 27:7, 43:25, 45:1, 52:21, 53:9, 53:18, 54:1, 54:3, 54:4, 54:6, 54:17, 54:19, 54:22, 55:2, 56:3, 56:21, 57:3, 57:21, 60:11
**Defendant** [1] - 1:7
**DEFENDANT** [18] - 1:13, 44:1, 45:2, 46:10, 47:13, 51:23, 52:1, 52:4, 52:17, 56:11, 56:15, 56:18, 57:8, 57:20, 59:15, 59:25, 60:4, 60:6
**defendant's** [2] - 3:6, 3:17
**defense** [6] - 9:12, 41:21, 41:24, 42:1, 42:3
**deferring** [1] - 57:4, 59:16
**defined** [1] - 53:3
**degree** [1] - 26:20
**demonstrate** [1] - 22:20
**depart** [5] - 34:2, 34:4, 34:5, 34:20, 34:23
**department** [3] - 57:25, 58:9, 58:11
**Department** [1] - 4:18
**deportation** [1] - 8:8
**deprive** [1] - 38:14
**describe** [1] - 16:23
**described** [4] - 15:15, 17:7, 42:9, 43:7
**designated** [1] - 30:23
**detectible** [2] - 25:3, 25:5
**determine** [1] - 39:24
**determined** [1] - 40:5
**different** [7] - 22:3, 22:9, 22:21, 23:24, 31:24, 33:12, 36:16
**difficult** [1] - 26:13
**disagree** [2] - 25:17, 52:16, 55:14
**discretion** [1] - 19:16
**discuss** [2] - 11:2, 53:16
**discussed** [1] - 10:5
**discussion** [2] -

43:24, 44:25
**discussions** [3] - 36:21, 37:18, 37:22
**disobey** [1] - 35:14
**disposition** [1] - 58:22
**distribute** [5] - 15:24, 42:22, 42:23, 47:21
**distributed** [2] - 20:21, 20:23
**distributing** [1] - 44:8
**DISTRICT** [3] - 1:1, 1:2, 1:9
**District** [6] - 1:18, 45:17, 49:7, 51:12, 54:14, 55:1
**DIVISION** [1] - 1:2
**document** [8] - 3:2, 3:4, 3:7, 3:8, 3:14, 3:15, 10:12, 10:13
**documents** [4] - 3:12, 9:8, 29:14, 29:24
**done** [9] - 10:18, 10:20, 32:16, 32:17, 32:18, 32:19, 60:8
**doubt** [2] - 43:3, 53:1
**dovetails** [1] - 33:20
**down** [5] - 6:19, 7:15, 8:21, 30:1
**Drive** [1] - 1:14
**drive** [1] - 50:2
**driven** [1] - 54:3
**driving** [1] - 2:3
**drug** [6] - 9:24, 53:15, 53:17, 53:23, 54:12, 54:25
**drugs** [15] - 9:22, 20:18, 20:19, 20:20, 20:22, 25:15, 46:10, 46:13, 46:14, 47:23, 48:2, 48:19, 49:14, 55:19
**due** [1] - 12:24
**dues** [3] - 53:13, 55:16
**during** [13] - 13:9, 14:2, 41:20, 45:10, 45:19, 46:5, 47:3, 47:22, 48:7, 50:23, 53:9, 54:17, 54:18

## E

**e)** [1] - 26:17
**easily** [1] - 54:23
**East** [4] - 1:14, 54:2,

54:14, 55:2
**education** [1] - 9:1
**effective** [1] - 9:1
**effort** [1] - 36:17
**either** [6] - 12:25, 21:14, 28:3, 39:14, 53:20, 58:18
**elected** [1] - 42:1
**electronically** [3] - 2:11, 3:4, 3:10
**elements** [3] - 43:1, 56:5, 57:2
**embarrassing** [1] - 32:13
**Emiliano** [2] - 50:11, 54:3
**end** [2] - 59:3, 60:14
**ended** [2] - 45:7, 45:8
**enemies** [1] - 32:17
**engaged** [1] - 53:7
**English** [1] - 9:6
**enter** [2] - 2:23, 36:17
**entered** [1] - 17:17
**entering** [2] - 42:5, 42:18, 56:22
**enterprise** [5] - 43:6, 43:8, 53:2, 53:7
**entitled** [3] - 3:2, 10:12, 60:18
**Esparza** [2] - 50:11, 54:3
**essential** [3] - 43:1, 56:4, 57:1
**event** [2] - 24:15, 58:25
**evidence** [1] - 41:22
**Ewing** [2] - 44:16, 48:22
**EXAMINATION** [1] - 5:6
**examined** [2] - 41:23, 41:24
**except** [1] - 28:7
**exception** [1] - 17:10
**execute** [1] - 4:13
**executed** [4] - 3:19, 3:21, 4:5, 4:23
**existed** [1] - 43:13
**expect** [2] - 58:6, 58:7
**expected** [1] - 40:17
**explain** [4] - 17:10, 18:20, 19:6, 47:12
**explained** [1] - 7:25
**explanation** [1] - 39:15
**extent** [1] - 8:25

## F

**face** [3] - 5:3, 34:10
**facing** [6] - 12:6, 16:12, 27:13, 27:18, 27:23, 39:6
**fact** [6] - 12:1, 16:8, 53:4, 56:4, 57:1, 57:18
**faction** [1] - 53:10
**factor** [5] - 20:4, 21:7, 21:10, 21:13
**factors** [6] - 20:1, 20:2, 20:5, 20:13, 22:9, 23:24
**facts** [7] - 32:3, 35:9, 40:1, 52:10, 52:19, 55:7, 55:11
**failure** [1] - 58:18
**fair** [4] - 19:10, 19:12, 20:7, 20:9
**false** [1] - 7:8
**falsely** [1] - 7:6
**fancy** [1] - 12:20
**far** [1] - 54:16
**favor** [1] - 21:16
**February** [1] - 8:22
**federal** [3] - 11:20, 16:3, 31:17
**Federal** [3] - 1:11, 1:19, 57:23
**felony** [1] - 38:8
**file** [7] - 3:7, 33:23, 33:24, 34:8, 34:14, 34:16, 34:18
**filed** [4] - 2:11, 3:4, 3:10, 9:9
**files** [1] - 31:9
**filing** [1] - 34:15
**final** [9] - 18:15, 20:3, 23:9, 23:12, 24:4, 25:14, 26:8, 27:3, 35:1
**finally** [1] - 41:1
**fine** [7] - 12:21, 15:5, 15:10, 16:17, 17:1, 27:19, 59:8
**finish** [1] - 44:23
**finishes** [1] - 52:13
**fire** [1] - 51:25
**firearm** [3] - 25:25, 38:16, 52:5
**firearms** [1] - 53:15
**fired** [1] - 54:7
**first** [4] - 22:13, 26:20, 43:4, 43:12
**Fitzgerald** [4] - 1:17, 60:16, 60:20, 60:21
**five** [3] - 15:6, 17:1,

27:15
**floor** [1] - 31:6
**follow** [6] - 18:6,
18:7, 18:8, 19:7,
19:18
**follower** [1] - 21:1
**following** [3] - 13:17,
14:10, 36:6
**FOR** [2] - 1:10, 1:13
**force** [4] - 29:7, 30:9,
38:4, 49:11
**foregoing** [1] - 60:17
**foreseeable** [2] -
48:15, 54:22
**forward** [1] - 7:4
**four** [1] - 22:4
**Freedom** [1] - 29:18
**friends** [1] - 32:17
**front** [2] - 5:16, 6:16
**full** [5] - 7:10, 14:22,
15:7, 27:15, 27:23
**fully** [11] - 8:6, 10:5,
10:8, 11:5, 29:10,
31:19, 32:21, 33:17,
34:7, 34:22, 56:22
**functioned** [1] - 53:5
**furthering** [1] - 53:22
**future** [2] - 32:7, 32:8

# G

**Gabriel** [4] - 50:7,
50:14, 51:21, 54:4
**gang** [3] - 47:20,
53:16, 53:21
**gangs** [2] - 47:14,
53:25
**general** [1] - 10:5
**General** [1] - 4:17
**gentleman** [1] -
57:24
**given** [4] - 10:9,
28:20, 42:7, 57:18
**Gonzalez** [51] - 2:17,
3:16, 3:17, 5:3, 5:8,
7:5, 7:11, 7:12, 8:21,
8:25, 9:21, 10:2,
10:12, 10:25, 12:5,
13:7, 17:16, 17:19,
18:20, 19:7, 22:8,
23:21, 24:14, 27:6,
28:2, 30:21, 31:11,
32:11, 32:22, 33:21,
35:14, 36:11, 36:24,
39:3, 39:20, 41:1,
41:7, 42:17, 43:17,
43:20, 52:8, 55:6,
56:8, 56:12, 56:16,
56:20, 56:21, 57:9,

59:9, 59:16, 60:1
**GONZALEZ** [1] - 1:6
**government** [42] -
2:19, 17:17, 20:3,
22:15, 22:19, 23:7,
23:17, 24:7, 25:24,
28:11, 29:23, 30:25,
31:23, 33:10, 33:13,
33:22, 33:23, 34:2,
34:9, 34:13, 34:24,
35:17, 35:20, 36:1,
36:12, 36:15, 36:21,
37:15, 37:16, 37:23,
38:3, 40:1, 40:11,
41:11, 43:2, 52:10,
52:20, 52:25
**GOVERNMENT** [1] -
1:10
**government's** [2] -
55:7, 55:11
**grade** [2] - 9:3, 9:4
**graduate** [1] - 9:2
**grand** [1] - 32:7
**grant** [1] - 34:19
**group** [1] - 53:3
**grunt** [1] - 6:3
**Guideline** [1] - 26:18
**guideline** [13] - 19:9,
19:10, 19:11, 19:13,
20:6, 20:7, 20:8,
20:10, 21:16, 23:24,
23:25, 39:24
**Guidelines** [1] -
18:22
**guidelines** [21] -
18:25, 19:6, 19:7,
19:17, 19:21, 19:24,
22:10, 23:18, 23:22,
24:11, 24:15, 24:17,
25:1, 25:23, 33:25,
34:3, 34:4, 39:21,
40:5, 40:8
**guilt** [1] - 42:15
**guilty** [63] - 2:23,
3:11, 8:1, 8:7, 8:12,
11:14, 11:24, 12:1,
12:7, 12:9, 12:11,
12:21, 15:3, 15:4,
15:20, 16:6, 16:8,
16:13, 16:14, 16:16,
18:10, 19:2, 21:12,
22:5, 22:23, 23:4,
28:3, 35:10, 35:21,
36:17, 36:20, 37:19,
37:22, 38:4, 38:8,
38:10, 38:11, 39:4,
40:16, 40:21, 41:2,
41:16, 42:6, 42:11,
42:14, 42:18, 43:18,
43:22, 44:4, 52:12,

52:22, 54:4, 54:5,
56:10, 56:11, 56:14,
56:15, 56:23, 57:3,
59:22, 59:23
**gun** [2] - 26:14,
51:21

# H

**HAMMOND** [1] - 1:2
**Hammond** [9] - 1:12,
1:19, 2:17, 7:20,
45:16, 49:4, 54:14,
55:2, 60:18
**hand** [1] - 5:4
**handle** [1] - 2:7
**head** [1] - 6:2
**hear** [10] - 5:12, 5:19,
12:19, 13:3, 13:23,
14:16, 16:22, 41:23
**heard** [2] - 13:5,
13:24
**HEARING** [1] - 1:8
**hearing** [4] - 5:10,
57:13, 57:16, 57:18
**helicopter** [1] - 7:16
**help** [3] - 31:6, 31:9,
50:15
**helped** [1] - 33:13
**Henry** [2] - 7:13, 7:18
**high** [1] - 9:2
**higher** [3] - 19:12,
20:9, 24:1
**himself** [1] - 55:2
**hmm** [1] - 6:2
**hold** [3] - 6:19,
38:15, 44:24
**Homeland** [2] - 8:3,
8:8
**homicide** [1] - 54:8
**Honor** [303] - 4:15,
5:14, 5:17, 5:21, 5:25,
6:5, 6:8, 6:15, 6:22,
6:24, 7:1, 7:9, 7:22,
8:5, 8:10, 8:14, 8:16,
8:18, 8:20, 8:22, 8:24,
9:5, 9:7, 9:10, 9:13,
9:23, 10:1, 10:7,
10:11, 10:21, 11:1,
11:4, 11:6, 11:8,
11:11, 11:16, 11:19,
11:23, 12:1, 12:4,
12:14, 13:2, 13:6,
13:15, 13:19, 13:22,
13:25, 14:8, 14:12,
14:15, 14:18, 14:24,
15:1, 15:9, 15:13,
15:16, 15:18, 15:22,
16:2, 16:5, 16:8,

16:11, 16:21, 17:4,
17:8, 17:12, 17:15,
17:23, 17:25, 18:11,
18:14, 18:16, 18:18,
18:24, 19:4, 19:15,
19:20, 19:23, 20:12,
20:17, 20:24, 21:3,
21:6, 21:9, 21:18,
21:23, 21:25, 22:2,
22:7, 22:12, 22:18,
23:1, 23:6, 23:10,
23:13, 23:15, 23:20,
24:3, 24:6, 24:9,
24:13, 24:18, 24:20,
24:22, 24:24, 25:6,
25:10, 25:13, 25:16,
25:19, 26:2, 26:5,
26:7, 26:9, 26:12,
26:16, 26:22, 26:25,
27:2, 27:4, 27:9,
27:17, 27:22, 27:25,
28:6, 28:13, 28:16,
28:21, 28:23, 28:25,
29:2, 29:4, 29:6, 29:8,
29:11, 29:16, 29:20,
29:22, 29:25, 30:4,
30:6, 30:8, 30:10,
30:13, 30:15, 30:17,
30:20, 31:4, 31:7,
31:10, 31:16, 31:19,
31:22, 32:2, 32:5,
32:10, 32:12, 32:14,
32:21, 32:24, 33:2,
33:4, 33:6, 33:9,
33:14, 33:17, 33:19,
34:7, 34:12, 34:17,
34:22, 34:25, 35:2,
35:5, 35:7, 35:12,
35:16, 35:23, 36:5,
36:8, 36:10, 36:13,
36:19, 36:23, 37:1,
37:3, 37:5, 37:7, 37:9,
37:11, 37:13, 37:15,
37:17, 37:20, 37:24,
38:1, 38:5, 38:9,
38:12, 38:17, 38:22,
39:9, 39:11, 39:13,
39:17, 39:22, 40:3,
40:9, 40:14, 40:19,
40:25, 41:6, 41:9,
41:14, 41:18, 42:4,
42:10, 42:16, 42:25,
43:11, 43:16, 43:19,
44:1, 44:13, 44:15,
44:18, 44:21, 44:24,
45:2, 45:6, 45:11,
45:14, 45:16, 45:18,
45:21, 45:23, 45:25,
46:2, 46:4, 46:17,
46:21, 46:23, 46:25,
47:2, 47:6, 47:11,

47:14, 47:17, 47:24,
48:1, 48:3, 48:5,
48:12, 48:14, 48:16,
48:20, 48:23, 48:25,
49:2, 49:8, 49:10,
49:12, 49:15, 49:17,
49:20, 49:22, 49:24,
50:1, 50:3, 50:5,
50:11, 50:17, 50:20,
50:22, 51:2, 51:4,
51:7, 51:9, 51:11,
51:14, 51:16, 52:17,
52:24, 55:10, 55:13,
55:15, 55:18, 55:21,
55:24, 56:1, 56:6,
56:11, 56:15, 56:18,
57:8, 57:20, 59:8,
59:15, 59:25, 60:4,
60:6
**Honorable** [1] -
60:18
**HONORABLE** [1] -
1:8
**hot** [1] - 6:17

# I

**idea** [1] - 5:13
**Illinois** [4] - 45:13,
45:14, 48:22, 53:11
**illness** [1] - 9:22
**immigration** [2] -
8:2, 8:3
**impact** [3] - 25:11,
26:23, 33:15
**importance** [2] -
13:17, 14:10, 36:6
**important** [3] -
21:10, 21:13, 26:3
**impose** [2] - 40:6,
40:12
**imprisonment** [7] -
13:8, 14:7, 15:5,
16:17, 17:1, 27:14,
27:19
**IN** [1] - 1:1
**incident** [1] - 51:25
**include** [1] - 20:14
**includes** [2] - 28:7,
29:17
**including** [7] - 21:21,
36:14, 38:2, 41:10,
53:2, 53:17, 55:1
**incompetence** [1] -
28:7
**incriminate** [1] -
42:12
**independent** [2] -
56:4, 57:1

**INDIANA** [1] - 1:2
**Indiana** [20] - 1:12, 1:15, 1:19, 7:20, 44:14, 44:17, 45:11, 45:15, 45:16, 45:17, 49:2, 49:3, 49:4, 49:7, 51:12, 51:13, 54:3, 54:14, 55:1, 60:18
**indicate** [2] - 11:14, 15:19
**indicated** [1] - 55:22
**indicating** [1] - 6:7
**indictment** [23] - 2:24, 8:13, 10:3, 11:15, 11:25, 12:10, 12:18, 15:2, 15:21, 16:7, 16:14, 16:15, 39:5, 42:19, 45:2, 45:6, 48:8, 54:18, 55:9, 56:9, 56:13, 56:25, 57:4
**individual** [2] - 19:25, 55:23
**individuals** [4] - 20:22, 46:20, 50:15, 53:4
**induce** [1] - 36:17
**influence** [1] - 9:24
**inform** [1] - 42:17
**information** [6] - 29:17, 31:13, 32:20, 57:11, 58:2, 58:8
**Information** [1] - 29:18
**informed** [1] - 56:23
**input** [1] - 20:2
**inspected** [1] - 3:7
**intelligent** [1] - 9:16
**intending** [2] - 52:12, 52:22
**intent** [2] - 15:24, 42:22
**intention** [1] - 43:14
**interstate** [2] - 43:10, 53:8
**investigation** [5] - 29:14, 57:22, 58:3, 58:9, 58:12
**involved** [13] - 20:18, 20:19, 20:20, 21:7, 22:4, 22:23, 46:8, 49:18, 50:12, 54:19, 55:2
**involvement** [2] - 21:21, 45:7
**issuance** [1] - 42:2
**issue** [1] - 58:19
**issuing** [1] - 58:6

**J**

**jail** [2] - 13:13, 14:5
**Jalomos** [5] - 50:7, 50:14, 51:21, 54:4, 54:8
**January** [3] - 58:23, 59:3, 59:11
**jive** [1] - 31:25
**job** [1] - 31:8
**Jose** [3] - 50:9, 51:20, 54:2
**Joseph** [1] - 4:17
**Judge** [16] - 2:13, 2:15, 3:1, 3:18, 4:4, 4:12, 9:16, 10:23, 39:18, 51:18, 56:7, 58:16, 58:20, 59:6, 60:12, 60:13
**judge** [1] - 40:5
**JUDGE** [1] - 1:9
**jumbo** [1] - 17:20
**June** [3] - 3:8, 60:18, 60:20
**JUNE** [1] - 1:9
**juries** [1] - 32:8
**jurisdiction** [1] - 27:11
**jury** [3] - 38:16, 41:20, 41:22
**Justice** [2] - 4:18, 38:20

**K**

**keep** [1] - 7:2
**kelly** [1] - 1:17
**Kelly** [2] - 60:16, 60:21
**killed** [6] - 21:4, 50:8, 50:19, 51:20, 54:6
**killing** [4] - 49:25, 50:4, 50:13, 50:16
**kilograms** [7] - 15:25, 25:2, 25:4, 42:23, 48:9
**kilos** [3] - 48:9, 54:24
**kin** [1] - 38:23
**kind** [9] - 9:22, 9:25, 12:21, 20:18, 25:15, 35:3, 36:16, 38:16, 46:13
**King** [8] - 43:6, 43:8, 43:9, 44:11, 44:12, 46:6, 47:17, 59:5
**Kings** [24] - 44:5, 44:7, 44:9, 45:20, 46:7, 47:9, 47:18,

47:22, 48:18, 49:5, 49:16, 50:18, 50:21, 53:2, 53:4, 53:10, 53:12, 53:18, 53:23, 53:24, 54:19, 54:23, 55:17, 55:20
**knowing** [2] - 56:3, 56:25
**knowingly** [6] - 8:15, 29:5, 30:7, 43:4, 43:13, 49:9
**knowledge** [1] - 48:10
**known** [6] - 2:17, 44:11, 54:9, 56:16, 56:21

**L**

**lab** [1] - 30:2
**lady** [1] - 5:4
**language** [1] - 9:6
**Lanny** [1] - 4:17
**large** [2] - 54:20, 55:3
**last** [3] - 3:5, 3:15, 54:4
**Latin** [31] - 43:6, 43:8, 43:9, 44:5, 44:7, 44:9, 44:11, 44:12, 45:20, 46:6, 47:9, 47:17, 47:18, 47:22, 48:18, 49:5, 49:16, 50:18, 50:21, 53:1, 53:4, 53:10, 53:12, 53:18, 53:23, 54:19, 54:23, 55:17, 55:19
**Law** [1] - 1:14
**law** [6] - 31:14, 31:17, 49:13
**laws** [3] - 8:3, 31:20
**lawyer** [1] - 36:14, 36:21, 36:22, 37:23, 38:2, 41:10, 57:12, 57:14, 57:17
**leader** [1] - 20:25
**least** [7] - 4:19, 12:12, 15:10, 16:24, 25:8, 48:11, 55:23
**leave** [2] - 32:3, 58:1
**leaves** [1] - 2:8
**left** [1] - 2:6
**length** [1] - 3:5
**less** [1] - 40:7
**liability** [1] - 54:21
**liable** [1] - 54:22
**lie** [1] - 31:23
**lied** [1] - 33:12
**life** [10] - 2:8, 13:10,

14:3, 14:7, 15:5, 16:17, 16:18, 27:13, 27:18, 27:20
**likelihood** [1] - 25:7
**limited** [1] - 20:14
**line** [2] - 4:11, 18:12
**listen** [5] - 31:12, 37:21, 52:12, 52:18, 55:6
**live** [3] - 7:12, 13:10, 14:3
**local** [1] - 31:17
**look** [2] - 24:25, 52:8
**lookout** [1] - 53:21
**looks** [1] - 4:1
**lose** [1] - 35:19
**losses** [1] - 14:19
**loud** [1] - 6:1
**loved** [1] - 32:16
**lower** [4] - 4:8, 19:13, 20:10, 21:15
**Lozano** [1] - 60:18
**LOZANO** [1] - 1:8
**Luther** [1] - 59:5
**lying** [1] - 22:22

**M**

**man** [1] - 21:1
**mandatory** [6] - 16:23, 17:9, 17:14, 24:15, 24:16, 34:5
**manner** [1] - 28:3
**marijuana** [14] - 16:1, 25:5, 42:24, 44:8, 46:15, 47:25, 48:5, 48:6, 48:9, 48:11, 49:1, 54:20, 54:25, 55:3
**marked** [1] - 3:7
**marshal** [1] - 59:12
**marshals** [1] - 60:10
**Martin** [1] - 59:5
**maximum** [6] - 16:15, 17:7, 22:16, 27:11, 39:6, 39:15
**mean** [6] - 6:9, 17:20, 18:1, 23:21, 30:23, 47:10
**means** [6] - 6:7, 16:24, 17:23, 17:25, 18:3, 24:19, 47:12, 53:19
**medication** [1] - 9:25
**meetings** [4] - 53:12, 53:13, 53:16, 55:16
**member** [6] - 43:14, 44:8, 45:19, 53:11, 53:18, 54:19

**members** [5] - 44:17, 44:19, 47:20, 53:5, 53:21
**mental** [1] - 9:21
**Merit** [1] - 60:16
**Merrillville** [1] - 1:15
**Mexico** [2] - 7:24, 31:20
**microphone** [3] - 5:16, 6:16, 7:3
**middle** [1] - 21:1
**might** [5] - 31:17, 31:20, 32:15, 33:15, 51:19
**millimeter** [2] - 51:21, 54:7
**million** [1] - 16:18
**mind** [1] - 28:15
**mine** [1] - 4:4
**minimal** [1] - 21:7
**minimum** [16] - 15:15, 16:23, 17:1, 17:6, 17:9, 17:14, 23:18, 23:21, 23:22, 23:25, 24:16, 34:5, 39:7, 39:15
**minus** [2] - 21:14
**mixture** [2] - 25:2, 25:4
**moment** [1] - 43:20, 59:4
**month** [1] - 59:3
**months** [1] - 22:8
**mop** [1] - 31:6
**most** [6] - 12:11, 15:4, 16:16, 16:24, 17:13, 44:20
**mother** [1] - 4:3
**motion** [4] - 33:22, 33:24, 34:8, 34:19
**motions** [1] - 34:14
**MR** [42] - 2:3, 2:6, 2:10, 2:13, 2:15, 3:1, 3:13, 3:18, 3:20, 3:23, 4:3, 4:7, 4:12, 4:15, 4:22, 4:25, 5:2, 9:16, 9:19, 10:23, 38:22, 39:1, 39:17, 39:18, 46:9, 47:12, 51:18, 51:24, 52:7, 52:24, 56:6, 56:7, 58:4, 58:15, 58:16, 58:20, 58:21, 59:2, 59:8, 60:9, 60:12, 60:13
**mumbo** [1] - 17:19
**murder** [7] - 26:20, 46:10, 46:18, 46:20, 49:22, 54:2, 55:23
**murders** [3] - 49:19, 53:17, 54:12

**must** [5] - 13:10, 14:3, 16:24, 17:13, 59:9

## N

**name** [5] - 3:15, 3:24, 4:16, 7:10, 56:17
**namely** [2] - 11:20, 16:3
**names** [1] - 4:9
**narcotic** [2] - 9:22, 46:16
**narcotic-controlled** [1] - 46:16
**narcotics** [4] - 47:21, 53:14, 54:16, 54:21
**Nation** [5] - 43:6, 43:8, 43:10, 44:12, 45:22
**necessary** [1] - 58:2
**need** [3] - 6:14, 39:10, 39:14
**needs** [1] - 60:8
**negotiation** [1] - 28:8
**neighborhood** [7] - 47:6, 47:7, 47:8, 47:13, 48:17, 53:19, 53:21
**never** [2] - 41:4
**next** [2] - 4:16, 38:23
**nonbinding** [6] - 18:19, 22:13, 22:14, 23:16, 24:25, 35:19
**Northern** [5] - 45:17, 49:6, 51:12, 54:13, 55:1
**NORTHERN** [1] - 1:2
**notice** [1] - 20:19
**notified** [1] - 38:19
**November** [1] - 19:1
**Nozick** [14] - 2:1, 2:21, 4:10, 4:11, 9:18, 18:5, 31:5, 38:18, 52:9, 52:13, 52:19, 58:5, 59:7
**nozick** [1] - 1:10
**NOZICK** [19] - 2:3, 2:6, 2:10, 2:13, 4:12, 4:15, 4:22, 4:25, 5:2, 9:19, 38:22, 39:1, 39:17, 52:24, 56:6, 58:15, 58:21, 59:8, 60:12
**null** [1] - 35:25
**number** [2] - 8:23, 21:15

**numerous** [1] - 20:1

## O

**O'Hare** [1] - 2:4
**oath** [1] - 7:6
**objections** [2] - 58:12, 58:13
**objectives** [1] - 53:6
**obviously** [1] - 12:12
**occasion** [1] - 11:2
**occur** [2] - 44:22, 45:10
**occurred** [8] - 14:19, 19:2, 22:3, 22:22, 31:24, 35:9, 54:13, 54:25
**OF** [5] - 1:2, 1:4, 1:8, 60:15
**offense** [2] - 25:25, 41:16
**offenses** [5] - 38:7, 38:8, 38:11, 43:2, 57:2
**office** [4] - 31:5, 38:15, 57:10, 57:22
**Office** [2] - 1:11, 1:14
**officer** [1] - 40:2
**Official** [2] - 1:18, 60:21
**old** [1] - 8:17
**once** [2] - 20:5, 28:14
**one** [7] - 3:9, 8:24, 12:19, 20:14, 21:20, 33:24, 55:23
**One** [20] - 2:24, 8:12, 11:14, 11:24, 12:1, 12:6, 14:6, 15:2, 27:13, 27:23, 39:4, 42:19, 42:20, 43:4, 43:7, 53:1, 55:8, 56:9, 56:24, 57:3
**ones** [2] - 32:16, 48:4
**ongoing** [1] - 53:5
**operate** [2] - 19:22, 22:11
**opportunity** [5] - 40:1, 57:6, 57:15, 59:18, 59:22
**order** [5] - 14:22, 42:14, 53:15, 58:6, 58:7
**ordered** [3] - 59:10, 60:10, 60:18
**organization** [5] - 44:5, 44:11, 44:14, 44:15, 53:5

**OSCAR** [1] - 1:6
**oscar** [1] - 7:11
**Oscar** [5] - 2:17, 3:15, 3:17, 56:20, 56:21
**otherwise** [4] - 6:13, 7:3, 7:16, 59:10
**outside** [1] - 54:2
**own** [9] - 2:7, 4:2, 36:14, 38:2, 41:10, 41:25, 42:1, 43:21, 46:9

## P

**page** [4] - 3:5, 3:15, 10:13, 11:13
**pages** [1] - 3:5
**paid** [1] - 55:16
**paragraph** [13] - 10:15, 10:16, 10:17, 11:13, 16:12, 24:10, 28:1, 33:21
**paragraphs** [1] - 10:25
**PARENT** [23] - 2:15, 3:1, 3:13, 3:18, 3:20, 3:23, 4:3, 4:7, 9:16, 10:23, 39:18, 46:9, 47:12, 51:18, 51:24, 52:7, 56:7, 58:4, 58:16, 58:20, 59:2, 60:9, 60:13
**parent** [3] - 3:25
**Parent** [16] - 1:13, 1:14, 2:14, 2:19, 2:22, 3:2, 7:25, 9:14, 10:9, 28:19, 30:1, 51:17, 52:6, 57:24, 58:5, 59:1
**parole** [3] - 41:1, 41:4, 41:5
**part** [14] - 11:9, 12:2, 16:9, 18:21, 19:5, 20:25, 29:9, 30:18, 33:7, 41:25, 44:8, 44:20, 47:17, 55:14
**partial** [1] - 14:22
**participate** [3] - 11:18, 42:21, 43:5
**participated** [7] - 44:4, 44:7, 47:5, 47:7, 47:8, 49:22, 54:1
**particular** [1] - 51:20
**particularly** [1] - 53:23
**patrol** [3] - 48:17, 53:19, 53:20
**patrolled** [1] - 48:21

**patrolling** [5] - 44:5, 47:5, 47:8, 47:10, 47:14
**pattern** [1] - 43:6
**Paulino** [2] - 50:12, 54:9
**pay** [3] - 12:23, 53:13, 55:6
**payable** [2] - 12:24, 12:25
**paying** [1] - 14:19
**PC** [1] - 1:14
**penalties** [5] - 12:5, 12:22, 16:12, 39:6, 39:16
**pending** [2] - 10:3, 60:11
**people** [7] - 20:22, 21:4, 32:17, 32:18, 50:4, 51:8, 54:23
**period** [9] - 13:9, 14:2, 45:10, 45:19, 46:5, 47:4, 47:22, 48:7, 50:23
**perjury** [1] - 7:8
**permit** [1] - 57:16
**persist** [1] - 41:16
**person** [5] - 2:18, 34:8, 34:18, 34:19, 50:19
**personally** [1] - 32:18
**Pinkerton** [1] - 54:21
**pistol** [1] - 54:7
**places** [1] - 49:6
**plane** [1] - 2:4
**planning** [2] - 21:7, 54:11
**Plaza** [2] - 1:11, 1:19
**plea** [59] - 2:11, 2:23, 3:3, 3:5, 3:10, 3:11, 3:22, 4:6, 4:14, 4:24, 8:1, 8:6, 10:13, 11:10, 11:12, 12:2, 16:9, 18:9, 18:10, 22:5, 22:23, 23:4, 29:9, 30:18, 33:7, 35:15, 35:21, 36:7, 36:11, 36:17, 36:24, 38:10, 40:15, 40:16, 40:17, 40:20, 40:21, 40:22, 40:23, 41:3, 41:8, 41:17, 42:5, 42:6, 42:18, 52:2, 56:3, 56:23, 56:25, 57:2, 57:5, 57:14, 59:17, 59:19, 59:21, 59:22, 59:23
**PLEA** [1] - 1:8
**plead** [15] - 8:11,

11:14, 11:24, 15:20, 16:6, 36:20, 37:19, 37:22, 38:4, 41:15, 42:11, 52:12, 52:22, 56:8, 56:12
**pleading** [9] - 12:9, 12:11, 15:3, 15:4, 16:16, 19:2, 21:12, 38:8, 43:18
**pled** [3] - 39:4, 54:4, 54:5
**points** [3] - 21:15, 22:16
**police** [1] - 53:22
**position** [1] - 45:24
**possess** [4] - 15:24, 38:16, 42:22, 49:13
**possessed** [3] - 20:20, 20:22, 25:25
**possessing** [1] - 54:6
**possession** [1] - 51:21
**possible** [1] - 41:7
**post** [1] - 53:19
**posting** [4] - 44:5, 47:5, 47:11
**practical** [1] - 40:13
**precise** [1] - 41:12
**prediction** [1] - 41:12
**preparation** [1] - 58:2
**prepared** [4] - 52:10, 52:20, 57:10, 58:10
**presence** [1] - 3:19
**present** [6] - 2:18, 38:23, 41:22, 49:24, 57:12
**presentence** [10] - 39:25, 57:6, 57:9, 57:17, 57:22, 58:3, 58:6, 58:9, 58:12, 59:19
**presently** [1] - 9:24
**pretty** [1] - 36:4
**previously** [1] - 54:5
**printed** [1] - 3:10
**Privacy** [1] - 29:18
**probation** [14] - 13:24, 14:1, 14:2, 14:5, 14:9, 15:10, 23:22, 24:1, 40:2, 57:10, 57:22, 57:25, 58:9, 58:11
**Procedure** [1] - 57:23
**procedures** [2] - 58:6, 58:13
**proceed** [4] - 6:23,

9:15, 9:19, 59:23
**proceeded** [1] -
52:25
**Proceedings** [1] -
1:21
**proceedings** [1] -
60:17
**process** [1] - 42:2
**produced** [1] - 1:21
**promise** [3] - 18:1,
36:16, 41:12
**promised** [3] - 17:23,
17:25, 18:3
**promises** [2] - 35:3,
35:20
**promising** [1] -
34:13
**promulgated** [1] -
18:22
**prophecy** [1] - 41:12
**prosecute** [1] - 36:1
**prosecution** [2] -
7:7, 29:14
**protect** [1] - 53:15
**protecting** [1] -
53:24
**proud** [1] - 4:3
**prove** [4] - 43:3,
52:11, 52:20, 52:25
**provide** [1] - 58:8
**provided** [1] - 27:11
**public** [1] - 38:15
**Puppet** [4] - 2:17,
56:17, 56:21, 56:22
**purchasing** [2] -
53:14, 53:15
**purports** [1] - 3:6
**purpose** [1] - 53:6
**purposes** [1] - 40:13
**pursuant** [7] - 3:11,
3:21, 4:5, 4:13, 4:23,
38:20, 57:23
**push** [1] - 6:18
**put** [2] - 5:16, 18:4

**Q**

**quantity** [1] - 20:19
**Queen** [5] - 43:6,
43:8, 43:10, 44:12,
45:22
**questions** [19] - 6:1,
6:25, 7:6, 10:19, 22:1,
22:10, 24:21, 29:1,
29:3, 30:14, 30:16,
33:3, 33:5, 37:25,
39:12, 42:13, 60:2,
60:5
**quietly** [1] - 10:15

**quite** [1] - 48:13

**R**

**racketeering** [3] -
11:18, 42:21, 43:7
**raise** [2] - 5:4, 5:20
**range** [12] - 19:9,
19:10, 19:11, 19:13,
19:14, 20:6, 20:7,
20:8, 20:10, 21:16,
23:24, 23:25
**read** [9] - 9:6, 9:8,
10:14, 10:23, 10:25,
11:2, 37:2, 57:17,
58:7
**reading** [1] - 10:19
**ready** [3] - 2:14,
6:23, 44:1
**Realtime** [1] - 60:17
**reason** [4] - 6:6,
9:14, 9:19, 18:25
**reasonable** [6] -
19:10, 19:12, 20:7,
20:9, 43:3, 53:1
**reasonably** [1] -
54:22
**receive** [2] - 29:13,
29:24
**received** [4] - 3:2,
3:9, 3:14, 10:2
**recommend** [7] -
6:13, 18:4, 18:5,
22:15, 23:8, 23:17
**recommendation** [9]
- 18:7, 18:8, 22:14,
22:19, 22:24, 23:2,
23:3, 23:16, 24:25
**recommendations**
[7] - 17:18, 17:21,
18:12, 18:19, 22:13,
35:19, 40:22
**record** [2] - 20:15,
43:24, 44:25
**records** [3] - 29:13,
29:24, 31:9
**red** [1] - 34:9
**refer** [2] - 46:6, 57:21
**regarding** [2] -
29:14, 58:6
**regards** [2] - 20:1,
49:18
**Registered** [1] -
60:16
**regularly** [2] - 53:12,
53:16
**reinstate** [1] - 59:23
**reject** [2] - 18:9,
57:14

**rejected** [1] - 59:21
**rejection** [2] - 57:5,
59:17
**related** [1] - 38:19
**relates** [1] - 28:8
**release** [13] - 13:4,
13:7, 13:9, 13:12,
13:14, 13:17, 14:1,
15:7, 15:11, 16:19,
17:2, 27:15, 27:20
**released** [3] - 41:4
**relevant** [2] - 21:21,
21:24
**remaining** [1] - 13:14
**remember** [1] - 27:12
**repeat** [3] - 7:16,
36:23, 39:10
**repetition** [1] - 39:15
**rephrase** [1] - 5:24
**report** [12] - 30:2,
39:25, 57:6, 57:9,
57:12, 57:17, 57:18,
57:22, 58:3, 58:10,
58:12, 59:19
**reported** [2] - 1:21,
40:2
**Reporter** [5] - 1:17,
1:18, 60:16, 60:17,
60:21
**REPORTER** [1] -
60:15
**reports** [2] - 29:13,
29:24
**representation** [1] -
10:8
**representatives** [1] -
30:23
**represented** [1] -
2:20
**requested** [2] - 32:8,
60:14
**require** [2] - 32:15,
44:6
**required** [2] - 34:5,
57:11
**respect** [1] - 26:19
**responsibility** [7] -
20:21, 21:11, 21:20,
22:17, 22:21, 23:8,
25:15
**responsible** [3] -
25:2, 25:8, 26:20
**restitution** [8] -
14:16, 14:20, 14:22,
15:7, 27:16, 27:24
**result** [4] - 36:20,
37:18, 37:22, 58:18
**resulting** [2] - 8:1,
8:7
**revoke** [2] - 13:11,

14:4
**rights** [6] - 28:2,
28:12, 38:14, 38:20,
40:13, 42:8
**risk** [1] - 8:7
**rival** [4] - 47:14,
47:20, 53:21, 53:24
**RMR** [1] - 1:17
**road** [1] - 30:1
**robberies** [4] -
46:22, 51:5, 53:17,
54:13
**Robles** [2] - 50:12,
54:9
**Rudy** [1] - 60:18
**RUDY** [1] - 1:8
**rule** [1] - 5:12
**Rules** [1] - 57:23
**rules** [2] - 5:9, 5:10
**ruling** [1] - 28:18

**S**

**s/Kelly** [1] - 60:20
**Salazar** [2] - 50:12,
54:10
**sale** [1] - 55:3
**sales** [1] - 54:25
**sanctions** [1] - 58:19
**satisfied** [2] - 10:8,
56:2
**satisfy** [1] - 42:14
**saw** [1] - 48:10
**school** [1] - 9:2
**seated** [1] - 5:8
**second** [4] - 23:16,
43:7, 43:13, 44:24
**section** [2] - 48:17,
48:21
**Section** [5] - 11:21,
16:4, 34:1, 34:4,
38:21
**Sections** [2] - 25:23,
26:18
**sections** [3] - 33:24,
34:1, 34:11
**Security** [3] - 8:3,
8:8, 8:23
**see** [3] - 39:14,
41:22, 59:13
**seem** [1] - 7:4
**sell** [6] - 48:2, 48:4,
48:7, 48:11, 48:19,
49:14
**selling** [5] - 46:10,
46:13, 47:23, 47:25,
54:20
**send** [2] - 13:12,
14:5

**sentence** [25] - 12:6,
12:13, 15:14, 17:5,
18:21, 19:5, 19:25,
23:18, 24:4, 24:11,
25:11, 26:3, 26:24,
27:8, 27:11, 28:4,
28:17, 33:15, 39:7,
39:24, 40:6, 40:7,
40:12, 40:16, 41:13
**sentenced** [3] -
39:11, 20:8, 41:3
**sentencing** [11] -
12:25, 33:25, 40:22,
57:11, 57:13, 57:16,
57:17, 58:22, 58:24,
59:18, 60:11
**Sentencing** [3] -
18:22, 18:23, 39:21
**separately** [1] -
52:23
**Sergio** [2] - 50:11,
54:9
**serve** [4] - 16:24,
16:25, 17:13, 38:15
**served** [1] - 13:13
**service** [1] - 59:12
**set** [6] - 13:10, 13:17,
14:3, 14:10, 58:22,
59:18
**seven** [1] - 3:5
**severe** [3] - 40:7,
40:16
**shall** [2] - 57:14,
57:16
**shoot** [1] - 51:24
**shooter** [1] - 54:5
**shot** [1] - 51:20
**shots** [2] - 51:25,
54:7
**show** [1] - 21:19
**sign** [1] - 37:6
**signature** [10] - 3:6,
3:16, 3:17, 4:1, 4:2,
4:4, 4:11, 4:19, 4:20,
4:21
**signatures** [2] - 3:9,
3:10
**similar** [1] - 14:1
**simple** [2] - 18:25,
21:20
**simply** [1] - 18:4
**situated** [2] - 44:14,
44:15
**sloppy** [1] - 31:5
**slow** [1] - 8:21
**slower** [1] - 7:14
**smaller** [1] - 21:15
**Social** [1] - 8:23
**sold** [6] - 48:6, 48:8,
48:13, 49:1, 54:24,

55:19
**soldier** [6] - 44:7,
45:25, 46:2, 46:3,
47:3, 53:10
**someone** [1] - 53:20
**somewhere** [4] -
12:13, 15:14, 17:5,
39:7
**soon** [1] - 6:20
**sorry** [5] - 9:4, 12:17,
13:4, 17:6, 17:24
**sounds** [1] - 17:19
**south** [1] - 55:1
**special** [9] - 12:20,
12:23, 13:3, 15:7,
15:11, 16:19, 17:2,
27:16, 27:21
**squiggly** [1] - 4:11
**stand** [3] - 5:3, 34:9,
46:12
**start** [7] - 6:20,
11:13, 22:21, 22:22,
22:23, 44:22
**started** [2] - 2:3,
45:7, 45:8
**state** [2] - 7:10,
31:17
**statement** [2] - 7:8,
30:2
**states** [1] - 44:19
**States** [18] - 1:18,
2:16, 2:20, 4:9, 4:10,
4:18, 7:21, 8:4, 11:21,
12:24, 16:4, 18:21,
18:22, 30:22, 34:1,
34:3, 38:21, 56:20
**STATES** [3] - 1:1,
1:4, 1:9
**status** [1] - 8:2
**statute** [11] - 11:20,
12:9, 14:6, 15:4, 16:3,
16:16, 27:12, 29:21,
34:6, 38:25, 53:3
**stenotype** [1] - 1:21
**still** [4] - 8:11, 15:11,
40:17, 40:23
**stop** [2] - 5:10, 6:19
**stories** [4] - 22:3,
22:21, 31:24, 33:12
**story** [1] - 2:8
**straighten** [1] - 31:9
**strangely** [1] - 59:2
**street** [1] - 45:25
**Street** [3] - 53:10,
53:12, 53:18
**strike** [3] - 17:6,
38:6, 54:17
**study** [2] - 57:6,
59:18
**subject** [1] - 6:12

**subparagraph** [12] -
12:5, 15:19, 17:16,
25:22, 26:17, 27:5,
29:12, 30:21, 33:20,
35:8, 35:13
**subparagraphs** [1] -
10:16
**subpoenas** [1] - 42:2
**substance** [2] - 25:3,
25:4
**substances** [1] -
46:16
**suburbs** [1] - 55:1
**successful** [1] -
48:18
**suggesting** [1] - 34:2
**Suite** [2] - 1:11, 1:19
**summary** [4] - 52:10,
52:19, 55:7, 55:11
**superseding** [20] -
2:24, 8:12, 10:3,
11:15, 11:25, 12:10,
12:17, 12:18, 15:2,
15:20, 16:7, 16:13,
16:15, 39:5, 42:19,
55:8, 56:9, 56:13,
56:24, 57:4
**supervised** [13] -
13:4, 13:7, 13:9,
13:12, 13:14, 13:16,
14:1, 15:7, 15:11,
16:19, 17:2, 27:15,
27:20
**supported** [2] - 56:3,
56:25
**sworn** [2] - 5:4, 5:5

## T

**ten** [1] - 17:1
**term** [14] - 12:16,
12:19, 13:3, 13:8,
13:9, 13:14, 13:16,
13:23, 14:2, 14:9,
14:16, 16:22
**terms** [7] - 11:12,
12:15, 12:19, 14:6,
36:11, 59:19, 59:20
**testify** [4] - 32:7,
32:15, 41:25, 42:3
**THE** [76] - 1:1, 1:8,
1:10, 1:13, 2:1, 2:5,
2:8, 2:11, 2:14, 2:16,
3:2, 3:14, 3:19, 3:21,
3:24, 4:5, 4:8, 4:13,
4:16, 4:23, 5:1, 5:3,
5:7, 9:14, 9:18, 9:20,
10:24, 38:18, 38:25,
39:2, 39:14, 39:19,

44:1, 44:2, 45:2, 45:4,
46:10, 46:11, 47:13,
47:15, 51:17, 51:23,
52:1, 52:2, 52:4, 52:5,
52:8, 52:17, 52:18,
55:5, 56:2, 56:8,
56:11, 56:12, 56:15,
56:16, 56:18, 56:19,
57:8, 57:9, 57:20,
57:21, 58:5, 58:17,
58:22, 59:7, 59:9,
59:15, 59:16, 59:25,
60:1, 60:4, 60:5, 60:6,
60:7, 60:10
**therefore** [2] - 57:2,
57:21
**third** [22] - 2:24,
8:12, 10:2, 11:15,
11:24, 12:10, 12:17,
12:18, 15:2, 15:20,
16:7, 16:13, 16:15,
24:25, 39:5, 42:19,
43:9, 55:8, 56:9,
56:13, 56:24, 57:4
**thoughts** [1] - 43:21
**thousand** [2] - 48:9,
54:24
**three** [2] - 21:14,
22:4
**throw** [1] - 35:25
**timely** [2] - 58:8,
58:10
**timeout** [2] - 6:10,
6:11, 6:14
**Title** [5] - 11:21,
16:4, 33:25, 34:3,
38:21
**today** [8] - 2:2, 2:12,
3:4, 3:9, 3:14, 9:15,
38:24, 58:1
**together** [1] - 43:21
**town** [1] - 2:6
**towns** [1] - 54:15
**trade** [3] - 53:15,
53:23, 54:12
**trafficking** [1] -
53:17
**transcribed** [1] -
60:18
**TRANSCRIPT** [1] -
1:8
**transcript** [2] -
60:14, 60:17
**Transcript** [1] - 1:21
**transcription** [1] -
1:21
**treated** [1] - 9:21
**trial** [12] - 4:18, 5:11,
41:20, 41:22, 42:7,
42:8, 43:3, 52:11,

52:20, 52:25, 59:23
**trials** [1] - 32:8
**true** [3] - 2:22, 51:19,
60:17
**trump** [1] - 24:16
**truthfully** [2] - 31:12,
32:7
**try** [1] - 48:18
**turf** [1] - 53:24
**turn** [1] - 10:12
**Two** [22] - 2:24, 8:12,
12:17, 15:20, 16:6,
16:8, 16:13, 16:14,
16:25, 24:16, 27:18,
27:23, 39:5, 42:19,
42:21, 43:12, 43:13,
54:16, 55:8, 56:13,
56:24, 57:3
**two** [2] - 3:12, 5:19,
21:14, 22:3, 33:24,
33:25, 34:11, 35:24,
37:12, 43:17, 43:22,
56:5

## U

**U.S** [1] - 1:11
**U.S.C** [1] - 53:3
**under** [24] - 7:5, 8:3,
9:24, 13:10, 14:3,
16:24, 17:13, 19:24,
23:18, 23:21, 23:22,
23:25, 24:10, 24:16,
25:1, 25:23, 26:18,
29:18, 33:21, 33:24,
33:25, 34:3, 34:11,
40:10
**unit** [1] - 53:6
**United** [18] - 1:18,
2:16, 2:20, 4:9, 4:10,
4:18, 7:21, 8:4, 11:21,
12:24, 16:4, 18:21,
18:22, 30:22, 33:25,
34:3, 38:21, 56:20
**UNITED** [3] - 1:1,
1:4, 1:9
**unless** [2] - 41:25,
59:10
**up** [35] - 4:2, 5:3,
5:16, 12:17, 14:5,
14:7, 15:5, 15:6,
16:17, 16:18, 27:11,
27:14, 27:15, 27:18,
27:19, 27:20, 28:2,
28:11, 28:20, 29:12,
29:23, 31:5, 31:9,
42:7, 42:12, 44:5,
44:10, 45:5, 46:12,
47:5, 47:11, 51:8,

53:19

## V

**vacation** [1] - 59:3
**valuable** [1] - 38:14
**verbally** [1] - 6:2
**versus** [2] - 2:17,
56:20
**victim** [2] - 26:20,
54:6
**victims** [1] - 38:18
**video** [1] - 30:3
**violate** [1] - 13:11,
14:4
**violation** [3] - 11:20,
16:3, 31:14
**voice** [1] - 5:20
**void** [1] - 35:25
**voluntarily** [5] - 8:15,
29:5, 30:7, 42:1, 49:9
**voluntary** [2] - 56:3,
56:25
**vote** [1] - 38:15
**vs** [1] - 1:5

## W

**waive** [1] - 42:12
**waived** [3] - 38:23,
40:13, 42:7
**waiver** [2] - 28:8,
58:18
**wants** [1] - 24:11
**weapons** [1] - 55:17
**Wednesday** [1] -
59:6
**week** [1] - 54:4
**weekend** [1] - 59:5
**WHEREUPON** [2] -
43:24, 44:25
**whisper** [1] - 6:13
**willing** [1] - 8:11
**willingness** [2] -
36:20, 37:21
**wish** [1] - 57:12
**wishes** [1] - 2:23
**withdraw** [8] - 18:10,
22:5, 22:22, 23:4,
35:21, 40:18, 40:23,
59:22
**witnesses** [2] -
41:23, 42:3
**word** [2] - 12:20,
33:23
**words** [3] - 43:2,
43:22, 46:9
**writing** [2] - 7:15,

58:11
  **written** [3] - 3:9,
10:4, 57:9

## Y

  **year** [4] - 3:8, 38:20,
58:23, 59:11
  **years** [4] - 15:6, 17:1,
27:15
  **young** [1] - 5:4
  **yourself** [2] - 10:15,
42:13